# EXHIBIT A
# (PART 3 OF 6)

**X.**    **Index for the Annexed Exhibits:**

- <u>Exhibit 1</u>………………………………………………………..Schwab Account Application, page 5

- <u>Exhibit 2</u>…………………………………………...………..Nuero assessment on June 6, 2024, page 22

- <u>Exhibit 3</u>…………………………………………………………Durable POA in NYS, page 27

- <u>Exhibit 4</u>………………..………………………………………………..Charles Schwab POA, page 30

- <u>Exhibit 5</u>………………12/19 statement for Schwab/Francis Financial account ending in 166,  page 35

- <u>Exhibit 6</u>…………12/2019 account statement for JP Morgan accounts ending in 409 and 750, page 35

- <u>Exhibit 7</u>………………………"How Deceptive Campaign Fund-Raising Ensares Older People," page 38

- <u>Exhibit 8</u>…………………………………Schwab's account verification correspondence for 166, page 26

- <u>Exhibit 9</u>……………………………………………………………LA Superior Court TRO, page 41

- <u>Exhibit 10</u>………………………………………Original Will of Susan Kraus, dated 10/18/2007, page 20

- <u>Exhibit 11</u>……………………………………………..Latest Will of Susan Kraus, dated 6/10/2024, page 21

- <u>Exhibit 12</u>………………………………………..Email from Schwab to Leslie, dated 8/13/2024, page 25

- <u>Exhibit 13</u>…………………………....Francis Financial Investment Advisory Agreement, pages 5 and 24

- <u>Exhibit 14</u>…………………………………Email from Stacy Francis to Leslie, dated 3/22/2024, page 31

- <u>Exhibit 15</u>…………………………………………………..JP Morgan Chase affidavit for POA, page 32

- <u>Exhibit 16</u>……"Op-ed: investors need to know exactly what being a 'fiduciary' advisory means," page 9

- <u>Exhibit 17</u>………..Demonstrative of transfers out of Francis Financial/Schwab Accounts, pages 7 and 12

# EXHIBIT 1

Master Account: ▮▮▮9270

Sub Account (optional):

Merge Case ID (optional):

Account Name:
***

Request Topic: Open New Account
Request Subtopic: Brokerage
***
Date and Time stamp: 11/12/2018 01:36
Submitter Name: Paul Stagias
Schwab Advisor Center User Name: ff.paul
Submitter Email: paul@francisfinancial.com
Firm ID: 292292
Firm Name: FRANCIS FINANCIAL INC
Phone Number: 2123749008
Campaign Code: 19
***
Request Title: Kraus - Individual Account 2 of 2

Request Description:
Attachment(s) Name:
Attachment 1: 18-12-11 - Susan Individual Account Application 2 of 2 SIGNED
- Kraus, Susan.pdf
Attachment 2: 18-12-11 - ACH Authorization Form SIGNED - Kraus, Susan.pdf
Service Request Tracking ID: SR1077183658684



# Schwab One® Account Application
## for Personal Accounts

Page 1 of 8

---

**Investment Advisor ("IA") Information (This portion to be completed by IA.)**

IA Firm Name (please print): **FRANCIS FINANCIAL INC**

IA Master Account Number: [____] **- 9 2 7 0**          Service Team: **New York Metro**

Advisor Contact Information (if follow-up is required): **Paul Stagias (paul@francisfinancial.com)**

Is your firm (or a principal, employee or related person* of your firm) an owner, executor, guardian, conservator or custodian of this account?
○ Yes  ☑ No

If "yes," is it intended that this account will hold assets belonging to persons or entities other than your firm, your firm employees or yourself, or relatives of you or your firm members?  ○ Yes  ○ No

*A "related person" is defined as any advisory affiliate or any person that is under common control with your firm. See Form ADV for additional information.

---

To use this form, all account holders must be U.S. citizens or U.S. resident aliens, reside in the U.S. or one of its territories, and provide a U.S. mailing address.

Please print in CAPITAL LETTERS if you are filling out this form or providing an attached instruction by hand.

Note: To add checks or debit cards to your Personal account, please submit the Update Your Schwab One Account form.

## 1. Type of Account (Select only one.)
☑ Schwab One    ○ Schwab One with Margin

## 2. Registration (Select only one.)

☑ Individual

○ Joint Tenants with Rights of Survivorship

○ Tenants in Common

○ Tenants by the Entirety†

○ Community Property†

○ Community Property with Rights of Survivorship†

○ Conservatorship*

○ Guardianship*

○ Custodial (Section 12, optional)  Under Laws of (State)§_____  Age of Termination§_____

○ Estate† _____

Decedent's First Name _____    Decedent's Middle Name _____

Decedent's Last Name _____    Decedent's Social Security Number _____

Tax ID Number of the Estate _____

† This type of registration may not be available in your state.

† For Estate, Guardianship, or Conservatorship accounts, also submit a copy of your court order (Letters Testamentary, Letters of Administration, Letters of Guardianship, or Letters of Conservatorship), certified as currently valid by the court clerk within the last 60 days and bearing the clerk's original signature and seal.

§ Required for minors who are residents of states governed by the Uniform Transfers to Minors Act or by the Uniform Gifts to Minors Act. The age of custodianship termination varies by state, although many states set the maximum age for termination at 21. If you do not indicate an age or governing state law here, the account will be set up using the custodian's state of residence and that state's default age of custodianship termination (either 18 or 21). If neither the minor nor the custodian is a U.S. resident, the custodian must indicate the governing state law in the Governing State Law field above.

I understand that electing to extend custodianship to age 25, if applicable, may cause me to lose my annual exclusion from federal gift tax and that I should consult with an attorney or tax advisor before making this election. (Note: Only certain states allow the custodianship to be extended to the minor's 25th birthday. This election may be exercised only in those states that specifically provide for it.)

---

**Brokerage Products: Not FDIC-Insured • No Bank Guarantee • May Lose Value**

For Charles Schwab Use Only
_____
Account Number

ESIG
©2018 Charles Schwab & Co., Inc. ("Schwab").
All rights reserved. Member SIPC.
CC1658413 (0418-8G7T)  APP13582-35 (07/18)  TC



**3. Account Holder Information** (For information about Schwab's privacy policy, see the attached Schwab One® Account Application Agreement.)
As required by federal law, Schwab will use the information provided below to verify your identity.

**Primary Account Holder/Minor/Executor**

| Name (First) | (Middle) | | (Last) | |
|---|---|---|---|---|
| Susan | | | Kraus | |

Are you known by another name? Specify:

| Home/Legal Street Address (no P.O. boxes, please) Line 1 | | Line 2 | | |
|---|---|---|---|---|
| ▓▓▓▓▓▓ | | | | |
| City | | State | | Zip Code |
| New York | | NY | | ▓ |
| Mailing Address (if different from above; P.O. boxes may be used) Line 1 | | Line 2 | | |
| City | | State | | Zip Code |

| Social Security/Tax ID Number | Date of Birth (mm/dd/yyyy) | Email Address* | |
|---|---|---|---|
| ▓▓▓3788 | ▓▓1940 | dskraus123@aol.com | |
| Home Telephone Number | Business Telephone Number | Cellular Telephone Number | |
| | | (917) 913-4992 | |

| Country(ies) of Citizenship (Must list all; if not a U.S. citizen, please complete Identification information below.) | Country of Legal Residence |
|---|---|
| ☑ USA ○ Other: _____    ○ Other: _____ | ☑ USA ○ Other: _____ |

| Identification Type (Complete only if not a U.S. citizen.) | Identification Number |
|---|---|
| ○ Passport  ☑ U.S. Driver's License  ○ U.S. Gov't-Issued ID | |

| State or Country of Issuance | Issue Date | Expiration Date |
|---|---|---|
| New York | 02/27/2017 | 04/26/2020 |

| Employment Status (Select only one.) | Employer Name/Business Name |
|---|---|
| ○ Employed  ○ Self-Employed  ☑ Retired  ○ Homemaker  ○ Student  ○ Not Employed | |

Occupation (If you selected "Employed" or "Self-Employed," please select one option that best describes your occupation.)

| | | | |
|---|---|---|---|
| ○ Business Owner/Self-Employed | ○ Financial Services/Banking Professional | ○ Military | ○ Consultant |
| ○ Executive/Senior Management | ○ Information Technology Professional | ○ Educator | ○ Other (please specify): _____ |
| ○ Medical Professional | ○ Other Professional | ○ Clerical/Administrative Services | |
| ○ Legal Professional | ○ U.S. Government Employee (Federal/State/Local) | ○ Trade/Service (Labor/Manufacturing/Production) | |
| ○ Accounting Professional | ○ Foreign Government Employee (Non-U.S.) | ○ Sales/Marketing | |

| Business Street Address (no P.O. boxes may be used) Line 1 | | Line 2 | | |
|---|---|---|---|---|
| City | | State | | Zip Code |

**The Next Two Questions Are Required by Industry Regulations:**

Are you affiliated with or employed by a stock exchange or member firm of an exchange or FINRA, or a municipal securities broker-dealer?

☑ No  ○ Yes  (If "yes," you must attach a letter from your employer or affiliated broker-dealer approving the establishment of your account when submitting this application.)

List the company name _____

Are you a director, 10% shareholder or policy-making officer of a publicly held company?

☑ No  ○ Yes  (If "yes," enter company name _____ and trading symbol _____)

*For Custodial Accounts, list Custodian's email address. By providing your email address, you are consenting to receive email from Schwab. Information about opting out of certain email communications is provided at www.schwab.com/privacy.

ESIG
©2018 Charles Schwab & Co., Inc. ("Schwab").
All rights reserved. Member SIPC.
CC1658413 (0418-8G7T)  APP13582-35 (07/18)  TC



\*APP13582-35 02\*

## 3. Account Holder Information (Continued)

**Additional Account Holder/Custodian/Co-Executor**

Name (First)                                    (Middle)                                    (Last)

Are you known by another name? Specify:

Home/Legal Street Address (no P.O. boxes, please) Line 1          Line 2

City                                            State                    Zip Code

Mailing Address (if different from above; P.O. boxes may be used) Line 1          Line 2

City                                            State                    Zip Code

Social Security/Tax ID Number          Date of Birth (mm/dd/yyyy)

Home Telephone Number          Business Telephone Number          Cellular Telephone Number

Country(ies) of Citizenship (Must list all; if not a U.S. citizen, please complete identification information below.)          Country of Legal Residence

○ USA  ○ Other: _____  ○ Other: _____          ○ USA  ○ Other: _____

Identification Type (Complete only if not a U.S. citizen.)          Identification Number

○ Passport  ○ U.S. Driver's License  ○ U.S. Gov't-Issued ID

State or Country of Issuance          Issue Date          Expiration Date

Employment Status (Select only one.)          Employer Name/Business Name

○ Employed  ○ Self-Employed  ○ Retired  ○ Homemaker  ○ Student  ○ Not Employed

Occupation (If you selected "Employed" or "Self-Employed," please select one option that best describes your occupation.)

○ Business Owner/Self-Employed          ○ Financial Services/Banking Professional          ○ Military          ○ Consultant

○ Executive/Senior Management          ○ Information Technology Professional          ○ Educator          ○ Other (please specify): _____

○ Medical Professional          ○ Other Professional          ○ Clerical/Administrative Services

○ Legal Professional          ○ U.S. Government Employee (Federal/State/Local)          ○ Trade/Service (Labor/Manufacturing/Production)

○ Accounting Professional          ○ Foreign Government Employee (Non-U.S.)          ○ Sales/Marketing

Business Street Address (no P.O. boxes may be used) Line 1          Line 2

City                                            State                    Zip Code

**The Next Two Questions Are Required by Industry Regulations:**

Are you affiliated with or employed by a stock exchange or member firm of an exchange or FINRA, or a municipal securities broker-dealer?

○ No  ○ Yes    (If "yes," you must attach a letter from your employer or affiliated broker-dealer approving the establishment of your account when submitting this application.)

List the company name _____.)

Are you a director, 10% shareholder or policy-making officer of a publicly held company?

○ No  ○ Yes    (If "yes," enter company name _____ and trading symbol _____.)

ESIG
©2018 Charles Schwab & Co., Inc. ("Schwab").
All rights reserved. Member SIPC.
CC1658413 (0418-8G7T)  APP13582-35 (07/18)  TC



## 4. Your Consent to Enroll in Schwab's Cash Features Program

The Cash Features Program is a service that offers the Bank Sweep feature (a "Cash Feature") to permit your uninvested cash (the "Free Credit Balance") to earn income while you decide how those funds should be invested longer term.

You understand that additional information about the Cash Features Program and each Cash Feature is available in the Cash Features Disclosure Statement.

By signing this Application, you consent to having the Free Credit Balance in your brokerage account included in the Cash Features Program, as described in the Cash Features Disclosure Statement.

The Bank Sweep feature is designated as the Cash Feature for brokerage accounts of account holders residing in the U.S. Through the Bank Sweep feature, Schwab automatically makes deposits to and withdrawals from deposit accounts at one or more banks affiliated with Schwab ("Sweep Banks"). Your deposits at each Sweep Bank are insured by the Federal Deposit Insurance Corporation (FDIC) up to $250,000 (including principal and accrued interest) when aggregated with all other deposits held by you in the same insurable capacity at that bank. Your funds may be placed in a Sweep Bank in excess of the FDIC insurance limit. In certain limited circumstances, Schwab may place your funds in a sweep money market fund. Please see the Cash Features Disclosure Statement for additional information.

You understand and agree that Schwab may (1) make changes to the terms and conditions of the Cash Features Program; (2) make changes to the terms and conditions of any Cash Feature; (3) change, add, or discontinue any Cash Feature; (4) change your investment from one Cash Feature to another if you become ineligible for your current Cash Feature or your current Cash Feature is discontinued; and (5) make any other changes to the Cash Features Program or Cash Feature as allowed by law. Schwab will notify you in writing of changes to the terms of the Cash Features, changes to the Cash Features we make available, or changes to the Cash Features Program prior to the effective date of the proposed change.

## 5. Paperless Document Enrollment

You will receive account statements, trade confirmations, shareholder materials, account agreements and related disclosures, and other regulatory documents, if available in paperless form, by email. For certain documents, including account statements, you will receive an email notification with a link to log on to our secure website to access your documents. For complete information, please see Important Information About Your Informed Consent to Receive Paperless Documents in the Appendix to this application. Enrollment may also qualify you for lower online equity trades—consult your IA or the applicable *Charles Schwab Pricing Guide* for additional details.

To opt for Paperless Documents, simply provide your email address in Section 3. The completion of your enrollment will depend on one of the following scenarios.

**Scenario 1:**

If you already have an account enrolled in Paperless Documents using the email address provided in Section 3, have logged on to schwaballiance.com in the past six months, and agree to the following, your paperless enrollment will be complete once your account is opened.

· I have read and understood the Important Information About Your Informed Consent to Receive Paperless Documents in the Appendix to this application and consent to enrolling this account in Paperless Documents.

· I understand that I will receive an email with my new account agreement and related disclosures.

Or

**Scenario 2:**

If you do not have an existing account enrolled in Paperless Documents, are using a different email address, or have not logged on to schwaballiance .com in the past six months, we will send you an email after the account is opened. To complete enrollment, you will need to click the "I Consent" button in that email and/or follow the instructions to access schwaballiance.com. If you do not click the "I Consent" button, this account will not be enrolled in Paperless Documents and we will send your account agreement and related disclosures, as well as future regulatory documents, by postal mail.

If you do not want to participate in Paperless Documents, please check the circle below.

○  No, do not enroll my account in Paperless Documents. Please send my regulatory documents via postal mail.

ESIG
©2018 Charles Schwab & Co., Inc. ("Schwab").
All rights reserved. Member SIPC.
CC1658413 (0418-8G7T)   APP13582-35 (07/18)   TC



## 6. Required Information About the Account

**Source of Funds** (Please select all that apply.)

In this section, we're collecting information about the categories ("sources") of assets that will be held in your account. Please select all of the sources of the assets that will be deposited or held in your account, including the original sources of any assets that will be transferred into the account from another firm.

- ✓ Salary/Wages/Savings
- ○ Social Security Benefits
- ○ Sale of Property or Business
- ○ Family/Relatives/Inheritance

- ○ Investment Capital Gains
- ○ Gifts
- ○ Gambling/Lottery
- ○ Other (please specify): _____

**Purpose of Account** (Please select all that apply.)

- ✓ General Investing
- ○ Investing for Estate Planning
- ○ Investing for Tax Planning
- ○ Investing for College
- ○ Investing for Retirement
- ○ Investment of Pooled Assets
- ○ Other (please specify): _____

## 7. Checking Preferences

If you want checks, make one selection in A or B. If you do not want checks, skip this section and go to Section 8.

A. ○ **Schwab One® brokerage checks and Visa® Platinum debit cards.**

Select only one:
- ○ Checks only
- ○ Checks and one Visa debit card
- ○ Checks and two Visa debit cards (second debit card may be issued only in the name of the additional account holder on joint accounts)

**Anticipated Activity**

On average, how many times per month do you anticipate writing checks and/or making ATM withdrawals? (Select only one.)
- ○ Less than 5 times per month
- ○ 5 to 10 times per month
- ○ 11 to 20 times per month
- ○ More than 20 times per month

B. ○ **Schwab Bank High Yield Investor Checking® account.*** **Complete and attach** the Add Schwab Bank High Yield Investor Checking to Your Schwab One Brokerage Account Application.

*You must be a U.S. citizen or U.S. resident alien, reside in the U.S. or one of its territories, and have a U.S. mailing address to open a High Yield Investor Checking account.

ESIG
©2018 Charles Schwab & Co., Inc. ("Schwab").
All rights reserved. Member SIPC.
CC1658413 (0418-8G7T)  APP13582-35 (07/18)  TC



*APP13582-35 05*

## 8. Instructions about IA Authorizations (Optional—please select all that apply.)

You may change or revoke these instructions at any time by contacting Schwab.

○ **Trading and Disbursement Authorization for Checks and Journals.** Selecting this option indicates that I have authorized my IA to take the following actions, and I instruct Schwab to permit my IA: (1) to place trades in my account as provided under the Trading Authorization heading in the attached Account Application Agreement; (2) to remit checks to me at my address of record; and (3) to journal cash and/or securities to a Schwab brokerage account on which I am named account holder (known as a first-party transfer).

This disbursement authorization does not apply to wire disbursements: Schwab MoneyLink® distributions; or direct, ongoing electronic payments of dividends, interest, and money market income, which use separate forms. (Note: Trading and Disbursement Authorization for Checks and Journals is not available for Estate, Guardianship, or Conservatorship accounts.)

✓ **Trading Authorization.** Selecting this option indicates that I have authorized my IA, and I instruct Schwab to permit my IA, to place trades in my account as provided under the Trading Authorization heading in the attached Account Application Agreement.

✓ **Fee Payment Authorization.** Selecting this option indicates that I have authorized my IA, and I instruct Schwab to permit my IA, to pay investment advisory and related fees to IA from my account or another account registered to my name, over which I have granted IA fee payment authorization in the amount of IA's instructions.

## 9. Issuer Communications and Related Actions

If you have granted your IA trading authority over your account, and your IA exercises investment discretion for you pursuant to an advisory contract, you can appoint your IA to be sent certain issuer and issuer-related communications (proxies, tender offers, proposed mergers, rights offerings, exchange offers and warrants, among other things) that may require a voting decision or other action regarding investments held in your account.

If you appoint your IA below, your IA will, regarding only those voting decisions or other action communications sent to your IA: (i) be requested to vote proxy ballots; (ii) be requested to provide instructions regarding corporate reorganizations and other corporate actions; and (iii) be sent certain prospectuses and annual reports and other communications. In these cases, you will be authorizing your IA to make all voting decisions and take all actions on your behalf. You will not be sent informational copies of these communications.

**Even if you appoint your IA below, you may still be sent certain other issuer and issuer-related communications regarding investments held in your account. You agree that you will be responsible for providing Schwab any applicable instructions or directions on those items.**

Please select only one:

○ **Yes.** I appoint my IA, and I will fulfill my responsibilities, as described above. I instruct Schwab not to disclose my name, address and securities positions to any issuer of securities held in my account.

✓ **No.** I do not appoint my IA as described above. I wish to be sent all issuer and issuer-related communications, make all voting decisions and take all actions described above. I understand that any issuer of securities held in my account may request that Schwab disclose to it my name, address and securities positions in that issuer.

If you selected "No" above, please select one:
My IA  ✓ **should**  /  ○ **should not**   be sent informational copies of any issuer or issuer-related communications.

If you do not select either "Yes" or "No" above, Schwab will deem you to have indicated "No," but informational copies of issuer and issuer-related communications may be sent to your IA.

## 10. Certification and Indemnification—Estate, Guardianship, or Conservatorship Accounts Only

By signing this Application, each Executor, Guardian, or Conservator certifies that the representations and warranties in the attached Certification and Indemnification are true and complete.

ESIG
©2018 Charles Schwab & Co., Inc. ("Schwab").
All rights reserved. Member SIPC.
CC1658413 (0418-8G7T)  APP13582-35 (07/18)  TC



## 11. Authorization to Open Account

By signing this Application, you acknowledge that you have received and read a copy of the attached Application Agreement, which contains a predispute arbitration provision. You acknowledge that your signature signifies and constitutes your agreement that this account and your relationship with Schwab will be governed by the Application Agreement and all incorporated agreements and disclosures, including, but not limited to, the Schwab One® Account Agreement and the applicable *Charles Schwab Pricing Guide*, each as amended from time to time (the "Agreement and Disclosures"). You understand there are fees associated with establishing, maintaining and engaging in transactions.

If you have selected the margin feature, you acknowledge that securities securing loans from Schwab may be lent to Schwab and lent by Schwab to others. You also acknowledge that if you trade "on margin," you are borrowing money from Schwab and that you understand the requirements and risks associated with margin borrowing as summarized in the Margin Disclosure Statement included with this Application.

For purposes of this Account Application and the attached Application Agreement, the terms "you," "your" and "Account Holder" refer to each person who signs this Account Application. The terms "we," "us," "our" and "Schwab" refer to Charles Schwab & Co., Inc.

All Account Holders must sign and date. All Executors, Guardians, or Conservators must sign this application even if you will not conduct business on the account. Your signature(s) below will also serve as a signature card for checks and Visa® debit card(s).

> I certify, under penalty of perjury, that (1) the number shown on this Application is the correct Taxpayer Identification Number; (2) I am not subject to backup withholding due to a failure to report interest and dividend income; (3) I am a U.S. person (a U.S. citizen or U.S. resident alien); and (4) I am exempt from Foreign Account Tax Compliance Act (FATCA) reporting. I understand that if I have been notified by the IRS that I am subject to backup withholding as a result of dividend or interest underreporting and I have not received a notice from the IRS advising me that backup withholding is terminated, I must cross out item 2 above.

> The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.

> The Agreement with Schwab includes a predispute arbitration clause. I acknowledge receipt of the predispute arbitration clause contained in the Required Arbitration Disclosures and Arbitration Agreement sections on page 1 of the Schwab One Account Application Agreement.

| | | |
|---|---|---|
| Signature: Primary Account Holder/Custodian/Executor | Susan Kraus<br>Print Name | Date 1/7/18<br>(mm/dd/yyyy) |
| Signature: Additional Account Holder/Custodian/Executor | Print Name | Date<br>(mm/dd/yyyy) |

ESIG
©2018 Charles Schwab & Co., Inc. ("Schwab").
All rights reserved. Member SIPC.
CC1658413 (0418-8G7T)   APP13582-35 (07/18)   TC

*APP13582-35   07*

**12. Nominate a Successor Custodian—Custodial Accounts Only**

Use this section to designate a successor custodian to act on this account in the event of your incapacity, death, resignation or removal as custodian. **This is a nomination only.** To activate the role of a successor custodian, the account registration must be changed.

| Name of Successor Custodian | Social Security Number of Successor Custodian | |
|---|---|---|
| Home/Legal Street Address (no P.O. boxes, please) Line 1 | Line 2 | |
| City | State | Zip Code |

This designation shall take effect for this account in the event of my incapacity, death, resignation or removal as custodian.

IN WITNESS THEREOF, I have executed this Designation of Successor Custodian Form.

▶ _____   Date _____
Signature: Current Custodian                                                  (mm/dd/yyyy)

_____   _____
Print Name                                                  Title

Witness (The witness may NOT be the individual designated as the successor custodian.)

▶ _____   Date _____
Signature: Witness                                                  (mm/dd/yyyy)

_____   _____
Print Name                                                  Title

ESIG
©2018 Charles Schwab & Co., Inc. ("Schwab").
All rights reserved. Member SIPC.
CC1658413 (0418-8G7T)    APP13582-35 (07/18)    TC

# EXHIBIT 2



**Kanita Allen, MFT, PsyD**
**26895 Aliso Creek Rd. Ste B-1013**
**Aliso Viejo, CA 92656**
**Phone: 949.630.0584    Fax: 949.630.0587**

Patient:  Susan Kraus
DOB: ▆▆▆▆ 1940
Examiner: Kanita Allen, LMFT, Psy.D.
Date(s) of Service: 06/06/2024
Place of Service: Vivante- Newport/Mesa
Medical Provider(s): Yang, MD/Currens, NP

*Chart Locked: 6/6/2024*

<u>CONFIDENTIAL REPORT</u>

**EVALUATION INSTRUMENTS:**
Repeatable Battery for Assessment of Neuropsychological Status (RBANS)
Montreal Cognitive Assessment (MoCA)
Abbreviated Mental Test (AMT-10)
Trail Making Test A & B (TMT)
Independent Functional Living Scale (ILS)
Clock Drawing (Extended Version)
Beck Depression Inventory- II (BDI-II)
Hamilton Anxiety Scale
The Saint Louis University Mental Status. (SLUMS)
Diagnostic and Statistical Manual of Mental Disorders, 5th Ed (DSM-5)

**CHIEF COMPLAINT:** This patient was referred for a cognitive and psychological evaluation at the request by her living facility. There were reprise that the patient left the community to go for a walk. She is new to the area and was unable to find her way back to the property without assistance. There are concerns regarding the patient's ability to securely leave without assistance. The nature and purpose of the assessment, as well as limits of confidentiality, were explained to the patient at the outset of the evaluation. The patient was given opportunity to ask questions about the evaluation and agree to proceed and provided consent for the assessment.

Patient statement(s):
-"I'm doing really well and am surprised by how comfortable I am feeling here."

-"I think everything with my memory seems to be in place."

**ASSESSMENT:**On June 6, 2024, an 84-year-old female resident of Vivante in Costa Mesa underwent a comprehensive psychological and neurocognitive assessment. She presented as well-groomed, alert, and oriented to the year, day of the week, facility name, and state, although she could not recall the current month or city.

The patient denied any history of depression or anxiety and reported no current symptoms during the intake. She described mild situational symptoms on self-report measures, indicating only minor depression and anxiety. She mentioned having stable sleep and appetite patterns.

In her daily life, the patient remains independent in her basic activities of daily living but requires assistance with all instrumental activities of daily living. The facility manages her medications, noting her compliance and absence of behavioral concerns. She is fully ambulatory without the use of assistive devices and does not use glasses or hearing aids.

Cognitive assessments revealed significant short-term memory loss and changes in language abilities, as shown by her performance on the picture and semantic fluency subtests of the RBANS. Despite her general alertness, these cognitive changes are notable.

The patient denies any history of falls, head injuries, strokes, or other cerebrovascular events but could not provide a thorough medical history during the visit.

A recent incident raised some concerns. Approximately two to three weeks prior to the assessment, the patient went for a walk and was found about a mile from the facility, asking for directions back to her community. She minimized this episode, attributing it to unfamiliarity with the area. Since then, she has not left the community unattended.

**SOCIAL HISTORY** (Patient Report):The patient was born in Brooklyn and identifies as Jewish. As an only child, she did not provide additional details about her family of origin. She has three children: two sons and one daughter. Her daughter, who lives closest, resides in Pasadena.

The patient was married twice. Her first marriage ended in divorce, and she was widowed seven years ago after the death of her second husband.

Professionally, the patient described her work history as, "I just put ideas and people together," without specifying further details or indicating a retirement date.

In her current life, the patient enjoys reading, with a particular interest in the New York Times theater section. She also values exercise and takes pleasure in long walks.

**RBANS:** The Repeatable Battery for the Assessment on Neuropsychological Status (RBANS) is a individually administered test Measuring attention, language, visuospatial/construction or abilities, and immediate and delayed memory. The test comprises 12 subtests that can be administered by trained examiners and is intended for the use of adults. In addition to other uses, this assessment was developed as a standalone "core" battery for the detection and characterization of dementia.

The patient's current RBANS total score indicates overall neurocognitive status in the "Extremely Low" classification with a 90% confidence level (range 90–96). There is also slight variance between the individual subtests. The below findings represent the outcome for each subtest.

RESULTS:

- **Immediate Memory**:           Extremely Low 44
- **Visuospatial/Constructional:** Average 102
-  **Language**:                   Extremely Low 47
- **Attention**:                   Low Average 88
- **Delayed Memory**:              Extremely Low 44

The patient's performance on the RBANS assessment indicates impaired memory, placing her in the 2nd percentile for her age group and education level, signifying moderate cognitive decline.

Both the Immediate Memory and Delayed Memory Indices are extremely low, highlighting significant challenges with anterograde memory and retaining information over time.

In contrast, her performance on visual-spatial and constructional tests reflects an average level of functioning.

The Language Index reveals notable changes. In the Picture Naming test, the patient was able to identify only four out of ten easily recognizable objects. Errors included misidentifying a giraffe as a kangaroo and struggling to name pliers, despite recognizing them. She also misidentified a kite as a "sail." In the Semantic Fluency test, she produced eight categorical words within one minute, indicating word-finding difficulties.

Her Attention Index is just below average. Despite this, she demonstrated the ability to understand and manipulate both visually and orally presented information, performing adequately on digit span and coding exercises.

Overall, these results reflect cognitive abilities that are below normal means.
*RBANS INDEX SCORE INTERPRETATION:

| | |
|---|---|
| 90-109 | AVERAGE |
| 80-89 | LOW AVERAGE |
| 70-79 | BORDERLINE |
| 69 AND BELOW | EXTREMELY LOW |

**CLOCK DRAW (EXTENDED):**
A clock drawing test is often used in cognitive assessments to evaluate various cognitive functions such as visuospatial abilities, executive functioning, and memory. During the test, individuals are asked to draw a clock face with specific instructions, such as setting the hands to a particular time. The test provides valuable insights into a person's cognitive abilities, including their attention to detail, planning, and problem-solving skills, as well as potential cognitive impairments related to conditions like Alzheimer's disease or stroke. The patient was unable to recall how to correctly place the hands on the clock, indicating a specific time. The patient was able to accurately complete the contour and number placement as seen below:



**TRAIL Making Test:**
TMT-A: normal- 39:45 seconds completion(Deficient>78 seconds) *the patient completed this assessment.
TMT-B: executive- abnormal 3:17.80 (Pt is unable to complete correctly, sequencing numbers and letter separately
*indicates abnormal mental flexibility, response inhibition and psychomotor speed.

**BDI-II-**
5-The severity of depression: minimal depression

Cognitive-affective depressive symptoms: 3 (0.08)
Somatic depressive symptoms: 2 (0.08)
Individual symptoms:

| | | | | |
|---|---|---|---|---|
| 1. Sadness | | | | 0 |
| 2. Pessimism | | | | 1 |

| | | | | | |
|---|---|---|---|---|---|
| 3. Sense of failure | | | | | 0 |
| 4. Loss of pleasure | ■ | | | | 1 |
| 5. Guilt | | | | | 0 |
| 6. Sense of punishment | | | | | 0 |
| 7. Loathing | | | | | 0 |
| 8. Self-incrimination | | | | | 0 |
| 9. Suicidal ideas | | | | | 0 |
| 10. Crying | | | | | 0 |
| 11. Irritability | | | | | 0 |
| 12. Social withdrawal | | | | | 0 |
| 13. Indecision | ■ | | | | 1 |
| 14. Feelings of worthlessness | | | | | 0 |
| 15. Difficulty of concentration | | | | | 0 |
| 16. Change of sleep | ■ | | | | 1 |
| 17. Fatigue | ■ | | | | 1 |
| 18. Changes in appetite | | | | | 0 |
| 19. Weight changes | | | | | 0 |
| 20. Health | | | | | 0 |
| 21. Loss of interest in sex | | | | | 0 |

## SLUMS
Patient Score: 14 points

| SLUMS Score (High School Patient) | Interpretation |
|---|---|
| 27 - 30 | Normal |
| 21 - 26 | Mild neurocognitive disorder |
| 1 - 20 | Dementia |

**AMT-10**
RESULT:7 points
No delirium


INPUTS:
Age —> 1 = Correct
Time —> 1 = Correct
Current year —> 1 = Correct
Patient's home address —> 0 = Incorrect
What jobs do these people do? —> 1 = Correct
Date of birth —> 1 = Correct
Year World War I started —> 0 = Incorrect
Current president —> 1 = Correct
Count backwards from 20 to 1 —> 1 = Correct
Ask to recall address given earlier —> 0 = Incorrect


**HAMILTON ANXIETY SCALE**
RESULT: 6 points
Mild anxiety

Notable Inputs:
-Anxious mood: Worries, anticipation of the worst, fearful anticipation, irritability.
-Tension: Feelings of tension, fatigability, startle response, moved to tears easily, trembling, feelings of restlessness, inability to relax.
-Depressed mood: Loss of interest, lack of pleasure in hobbies, depression, early waking, diurnal swing.

-Intellectual: Difficulty in concentration, poor memory.

-Behavior at interview: Fidgeting, restlessness or pacing, tremor of hands, furrowed brow, strained face, sighing or rapid respiration, facial pallor, swallowing, etc.


• **CURRENT FUNCTIONAL STATUS:** IND=Independent NA=Needs Assistance
Basic ADLS:
• Feeding-IND
• Toileting-IND
• Dressing-IND
• Grooming-IND
• Bathing: IND
• Hygiene- IND

Instrumental ADLs: (SEE ILS)
• Driving-NA
• Managing Finances: NA
• Managing Appointments: NA

• Shopping: IND- needs transports
• Cooking: All meals provided, light cooking on rare occasion
• Medications: NA- on medication management

**ILS:**
The Independent Living Scales (ILS) is an individually administered assessment of adults' competence to determine areas of strength and weakness in carrying out instrumental activities of daily living. The items which target situations relevant to independent living, require the examinee to problem-solve, demonstrate knowledge, or perform a task. The assessment includes memory orientation, managing money, managing home, health and safety and social adjustment.In the area of health and safety, when asked how she would get emergency care, she responds appropriately and provides a comprehensive plan to get emergency care, pt was unable to recall 911. She also states"I guess you would call downstairs number." She could not show how to call on her phone. The patient has to be removed of her pendant and states, "I don't need it.I don't wear it, but I think I keep it with me." The patient did not know where it was in her room.The patient is unable to report her current mediations and indications.

The patient has been navigating her senior community outside of the previously reported event go leaving her community alone. She does not state her current home address correctly, but does recall the names of her community. This particular scale outcome indicates that the patient is at the appropriate level of care.

**CLINICAL SYNDROMES:** The major complaints and behaviors of the patient parallel the following clinical syndrome diagnoses, listed in order of their clinical significance and salience.

F03.90 Dementia w/o Behavioral Disturbance
F41.9 Anxiety DO NOS

**SUMMARY/RECOMMENDATIONS:** In summary, while the patient demonstrates significant short-term memory loss and language changes, she remains physically stable and compliant with her medication regimen. The recent event of getting lost highlights a need for ongoing monitoring to ensure her safety.

Recommendations include:

1. Cognitive and Memory Support:
   - Cognitive Rehabilitation Therapy: Engage the patient in cognitive rehabilitation exercises to help improve memory and language skills. This could include memory games, puzzles, and structured activities designed to enhance cognitive function.
   - Memory Aids: Encourage the use of memory aids such as calendars, lists, alarms, and digital reminders to help with daily activities and appointments.

2. Safety Measures:

- Supervised Outings: Ensure the patient is accompanied by a staff member or a trusted individual during walks or outings to prevent further incidents of getting lost.
- Identification Bracelet: Provide the patient with an identification bracelet or a GPS-enabled device to help locate her quickly if she becomes disoriented.

3. Psychological Support:
  - Counseling Services: Offer regular counseling or therapy sessions to address mild situational depression and anxiety symptoms. This can provide emotional support and coping strategies.
  - Support Groups: Encourage participation in support groups for individuals with memory loss or cognitive impairment to foster a sense of community and reduce feelings of isolation.

4. Medical and Medication Management:
  - Regular Medical Evaluations: Schedule regular check-ups with her primary care physician and a neurologist to monitor cognitive decline and manage any other emerging health issues.
  - Medication Review: Continuously review her medication regimen to ensure it remains effective and does not contribute to cognitive impairment.

5. Environmental Modifications:
  - Environmental Cues: Modify her living environment with clear labels and signs to aid orientation and navigation within the facility.
  - Adequate Lighting: Ensure that living spaces are well-lit to reduce confusion and prevent falls.

6. Daily Living Support:
  - Enhanced IADL Assistance: Provide additional support for instrumental activities of daily living (IADLs) such as managing finances, shopping, and meal preparation.
  - Occupational Therapy: Involve an occupational therapist to assess her needs and provide strategies to maintain independence in daily activities as much as possible.

7. Monitoring and Follow-Up:
  - Regular Assessments: Conduct periodic neurocognitive assessments to track changes in her cognitive abilities and adjust care plans accordingly.
  - Family and Caregiver Involvement: Involve family members and caregivers in the care plan, ensuring they are informed and supported in their roles.

8. Social and Recreational Activities:
  -Engagement in Activities: Encourage participation in social and recreational activities offered by the facility to promote mental stimulation and social interaction.

9. Nutrition and Physical Activity:
  - Balanced Diet: Ensure the patient has access to a balanced diet that supports cognitive health.

 - Physical Exercise: Promote regular physical activity tailored to her abilities, such as walking or light aerobic exercises, to maintain overall health and well-being.

These recommendations aim to support the patient's cognitive health, ensure her safety, and enhance her overall quality of life. Regular monitoring and adjustments to the care plan will be essential to address her evolving needs.

This clinician administered all of the tests, scored them, interpreted the findings, and wrote the report. All of the tests were adjusted for age and education. Four broad sources of information are typically available to the examiner conducting a psychological or neuropsychological evaluation: medical and psychosocial history, direct behavioral observations, quantitative test scores, and qualitative aspects of test performance. Results are evaluated within the context of the reasons for referral and all known collateral information.

There is a follow up scheduled for 2/27/25 at 10:00am. Should there be any acute changes or need for follow up sooner that the date specified, please contact this clinician.

*\*\*Please note that sharing the contents of this report with this patient may be harmful to the patients mental health. The information in this report should be considered confidential. Further, releasing this complex report to anyone other than a medical or clinical provider should be considered fully before doing so.*

Update Due: 2/27/2025

**Electronically signed on 06/17/2024 at 12:54 PM**

Kanita E. Allen, LMFT, Psy.D,
Licensed Psychologist #26567

# EXHIBIT 3

# ERIC M. KUTNER

ATTORNEY AT LAW
200 OLD COUNTRY ROAD
SUITE 364
MINEOLA, NY 11501

WWW.EKUTNER.COM

ALSO ADMITTED IN:
NEW JERSEY
DISTRICT OF COLUMBIA

TEL: 516.248.0650
FAX: 516.248.2728
ERIC@EKUTNER.COM

November 16, 2020

**Via Federal Express**
Brett Graham
█████████████████
Miami, FL ████

Re:     Power of Attorney – Susan Kraus

Dear Brett:

Enclosed is the **original** Power of Attorney for your Mother, Susan Kraus.

You should sign on the last page as Successor Agent with a notary. Please have the notary fill in the County and date of execution in the notary section.

Once the document has been signed, give me a call to discuss processing of the Power of Attorney.

Very truly yours,

Eric M. Kutner

EMK/cc

Enclosure(s)

## DURABLE GENERAL POWER OF ATTORNEY
NEW YORK STATUTORY SHORT FORM

### THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE
SHOULD YOU BECOME DISABLED OR INCOMPETENT

**(a) CAUTION TO THE PRINCIPAL**: Your Power of Attorney is an important document. As the "principal," you give the person whom you designate (your "agent") authority to spend your money and sell or dispose of your property during your lifetime without telling you. You do not lose your authority to act even though you have given your agent similar authority. When your agent exercises this authority, he or she must act according to any instructions you have provided or, where there are no specific instructions, in your best interest. "Important information for the Agent" at the end of this document describes your agent's responsibilities. Your agent can act on your behalf only after signing the Power of Attorney before a notary public. You can request information from your agent at any time. If you are revoking a prior Power of Attorney, you should provide written notice of the revocation to your agent(s) and to any third party who may have acted upon it, including the financial institutions where your accounts are located. You can revoke or terminate your Power of Attorney at any time for any reason as long as you are of sound mind. If you are no longer of sound mind, a court can remove an agent for acting improperly. Your agent cannot make health care decisions for you. You may execute a "Health Care Proxy" to do this. The law governing Powers of Attorney is contained in the New York General Obligations Law, Article 5, Title 15. This law is available at a law library, or online through the New York State Senate or Assembly websites, www.senate.state.ny.us or www.assembly.state.ny.us. These powers will continue to exist even after you become disabled or incompetent. If there is anything in this document you do not understand, you should ask a lawyer of your choosing to explain it to you.

### (b) DESIGNATION OF AGENT(S):

**I, Susan Kraus**, having an address at ▮▮▮▮▮▮▮ New York, NY , hereby make, constitute and appoint my husband **David Kraus**, having an address at ▮▮▮▮▮▮ New York, NY , as my agent.

If you designate more than one agent above, they must act together unless you initial the statement below:

[    ] My agents may act SEPARATELY.

### (c) DESIGNATION OF SUCCESSOR AGENT(S): (OPTIONAL)

If David Kraus is unable, unwilling or unavailable to act, then I appoint **Brett Graham**, having an address at ▮▮▮▮▮▮ New York, NY, as successor agent.

Successor agents designated above must act together unless you initial the statement below:

[    ] My successor agents may act SEPARATELY.

You may provide for specific succession rules in this section. Insert specific succession provisions here:

**(d)** This Power of Attorney shall not be affected by my subsequent incapacity unless I have stated otherwise below, under "MODIFICATIONS".

**(e)** This Power of Attorney does not revoke any Powers of Attorney previously executed by me unless I have stated otherwise below, under "MODIFICATIONS". If you do not intend to revoke your prior Powers of Attorney, and if you have granted the same authority in this Power of Attorney as granted to another agent in a prior Power of Attorney, each agent can act separately unless you indicate under "MODIFICATIONS" that the agents with the same authority are to act together.

## (f) GRANT OF AUTHORITY:

To grant your agent some or all of the authority below, either (1) initial the bracket at each authority you grant, or (2) write or type the letters for each authority you grant on the blank line at (P), and initial the bracket at (P). If you initial (P), you do not need to initial the other lines.

I grant authority to my agents(s) with respect to the following subjects as defined in Sections 5-1502A through 5-1502N of the New York General Obligations Law:

[    ] (A) real estate transactions;
[    ] (B) chattel and goods transactions;
[    ] (C) bond, share and commodity transactions;
[    ] (D) banking transactions;
[    ] (E) business operating transactions;
[    ] (F) insurance transactions;
[    ] (G) estate transactions;
[    ] (H) claims and litigation;
[    ] (I) personal and family maintenance. If you grant your agent this authority, it will allow the agent to make gifts that you customarily have made to individuals, including the agent, and charitable organizations. The total amount of all such gifts in any one calendar year cannot exceed five hundred dollars;
[    ] (J) benefits from governmental programs or civil or military service;
[    ] (K) health care billing and payment matters; records, reports and statements;
[    ] (L) retirement benefit transactions;
[    ] (M) tax matters;
[    ] (N) all other matters;
[    ] (O) full and unqualified authority to my agent to delegate any or all of the foregoing powers to any person or persons whom my agent shall select;
[✗] (P) each of the above matters identified by the following letters:
          <u>A, B, C, D, E, F, G, H, I, J, K, L, M, N and O</u>

You need not initial the other lines if you initial line (P).

**(g) MODIFICATIONS**: (OPTIONAL)

In this section, you may make additional provisions, including language to limit or supplement authority granted to your agent. However, you cannot use this MODIFICATIONS section to grant your agent authority to make gifts or changes in interests in your property. If you wish to grant your agent such authority, you must complete the Statutory Gifts Rider.

This durable power of attorney takes effect immediately and shall not be affected by my subsequent disability or incompetence.

It may be necessary for my agent to have access to my medical records to establish whether medical bills are valid and appropriate or for other purposes. I grant to my agent the authority and power to serve as my personal representative for all purposes of the Health Insurance Portability and Accountability Act of 1996, the regulations in 45 C.F.R. Sec. 160 et seq., and any other applicable federal, state or local laws or regulations (collectively "HIPAA"), including the authority to request, receive, obtain and review, and be granted full and unlimited access to, and consent to the disclosure of complete unredacted copies of any and all health, medical and financial information and any information or records referred to in 45 C.F.R. Sec. 164.501 and regulated by the Standards for Privacy of Individually Identifiable Health Information found in 65 Fed. Reg. 82462 as protected private records or otherwise covered under HIPAA. I understand that health and medical records can include information relating to subjects such as sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS), AIDS-related complex (ARC) and human immunodeficiency virus (HIV), behavioral or mental health services, and treatment for alcohol or drug abuse or addiction. I understand that I may have access to or receive an accounting of the information to be used or disclosed as provided in 45 C.F.R. Sec. 164.524 et seq. I further understand that authorizing the disclosure of this health information is voluntary and that I can refuse to sign this authorization. I further understand that any disclosure of this information carries with it the potential for an unauthorized further disclosure of this information by third parties and that such further disclosure may not be protected under HIPAA. In order to induce the disclosing party to disclose the aforesaid private and/or protected confidential information, I forever release and hold harmless said disclosing party who relies upon this instrument from any liability under confidentiality rules arising under HIPAA as a consequence of said disclosure. I authorize my agent to execute any and all releases or other documents that may be necessary in order to obtain disclosure of my patient records and other medical information subject to and protected by HIPAA.

It is my desire and request that no guardian or conservator of my person or property be appointed in the event of my disability or incapacity. If, however, a guardian or conservator of my person or property is to be appointed for me, I hereby nominate and appoint my agent hereunder to serve as guardian and conservator without bond.

This power of attorney shall be governed by New York law, although I request that it be honored in any state or other location in which I or my property may be found. If any provisions hereof shall be unenforceable or invalid, such unenforceability or invalidity shall not affect the remaining provisions of this power of attorney.

3

**(h)  CERTAIN GIFT TRANSACTIONS: STATUTORY GIFTS RIDER** (OPTIONAL)

In order to authorize your agent to make gifts in excess of an annual total of $500 for all gifts described in (I) in the GRANT OF AUTHORITY section of this document (under personal and family maintenance), you must initial the statement below and execute a Statutory Gifts Rider at the same time as this instrument. Initialing the statement below by itself does not authorize your agent to make gifts. The preparation of the Statutory Gifts Rider should be supervised by a lawyer.

[     ]  (SGR)  I grant my agent authority to make gifts, in accordance with the terms and conditions of the Statutory Gifts Rider that supplements this Statutory Power of Attorney.

**(i)  DESIGNATION OF MONITOR(S):** (OPTIONAL)
If you wish to appoint monitor(s), initial and fill in the section below:

[     ]  I wish to designate                    , whose address(es) is (are)                    , as monitor(s). Upon the request of the monitor(s), my agent(s) must provide the monitor(s) with a copy of the power of attorney and a record of all transactions done or made on my behalf. Third parties holding records of such transactions shall provide the records to the monitor(s) upon request.

**(j)  COMPENSATION OF AGENT(S):** (OPTIONAL)

Your agent is entitled to be reimbursed from your assets for reasonable expenses incurred on your behalf. If you also wish your agent(s) to be compensated from your assets for services rendered on your behalf, initial the statement below. If you wish to define "reasonable compensation", you may do so above, under "MODIFICATIONS".

[     ]  My agent(s) shall be entitled to reasonable compensation for services rendered.

**(k)  ACCEPTANCE BY THIRD PARTIES:**

I agree to indemnify the third party for any claims that may arise against the third party because of reliance on this Power of Attorney. I understand that any termination of this Power of Attorney, whether the result of my revocation of the Power of Attorney or otherwise, is not effective as to a third party until the third party has actual notice or knowledge of the termination.

**(l)  TERMINATION:**

The Power of Attorney continues until I revoke it or it is terminated by my death or other event described in Section 5-1511 of the General Obligations Law. Section 5-1511 of the General Obligations Law describes the manner in which you may revoke your Power of Attorney, and the events which terminate the Power of Attorney.

**(m) SIGNATURE AND ACKNOWLEDGMENT:**

IN WITNESS WHEREOF, I have hereunto signed my name this 28th day of November, 2012.

Principal signs here ==>

_____
Susan Kraus

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

On the 28th day of November, 2012, before me, the undersigned notary public, personally appeared Susan Kraus, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

ERIC M AUTNER
Notary Public, State of New York
No. 02KU6023153
Qualified in Nassau County
Commission expires

**(n) IMPORTANT INFORMATION FOR AGENT:**

When you accept the authority granted in this Power of Attorney, a special legal relationship is created between you and the principal. This relationship imposes on you legal responsibilities that continue until you resign or the Power of Attorney is terminated or revoked. You must:
(1) act according to any instructions from the principal, or, where there are no instructions, in the principal's best interest;
(2) avoid conflicts that would impair your ability to act in the principal's best interest;
(3) keep the principal's property separate and distinct from any assets you own or control, unless otherwise permitted by law;
(4) keep a record or all receipts, payments and transactions conducted for the principal; and
(5) disclose your identity as an agent whenever you act for the principal by writing or printing the principal's name and signing your own name as "agent" in either of the following manners: (Principal's Name) by (Your Signature) as Agent, or (Your Signature) as Agent for (Principal's Name).

You may not use the principal's assets to benefit yourself or anyone else or make gifts to yourself or anyone else unless the principal has specifically granted you that authority in this document, which is either a Statutory Gifts Rider attached to a Statutory Power of Attorney or a non-statutory Power of Attorney. If you have that authority, you must act according to any

5

instructions of the principal or, where there are no such instructions, in the principal's best interest. You may resign by giving written notice to the principal or any co-agent, monitor if one has been named in this document, or the principal's guardian if one has been appointed. If there is anything about this document or your responsibilities that you do not understand, you should seek legal advice.

Liability of agent:

The meaning of the authority given to you is defined in New York's General Obligations Law, Article 5, Title 15. If it is found that you have violated the law or acted outside of the authority granted to you in the Power of Attorney, you may be liable under the law for your violation.

## (o) AGENT'S SIGNATURE AND ACKNOWLEDGMENT OF APPOINTMENT:

It is not required that the principal and agent(s) sign at the same time, nor that multiple agents sign at the same time.

I David Kraus have read the foregoing Power of Attorney. I am the person identified as agent of the principal name therein. I acknowledge my legal responsibilities.

Dated: November 28, 2012

Agent(s) sign(s) here ==>

_____
David Kraus

STATE OF NEW YORK, COUNTY OF NEW YORK, ss.

On the 28th day of November, 2012, before me, the undersigned notary public, personally appeared David Kraus, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

ERIC M KUTNER
Notary Public, State of New York
No. 02KU5023158
Qualified in Nassau County
[illegible] 14

6

(p)    SUCCESSOR AGENT'S SIGNATURE AND ACKNOWLEDGMENT OF APPOINTMENT:

It is not required that the principal and successor agent(s) sign at the same time, nor that multiple successor agents sign at the same time. Furthermore, successor agents can not use this Power of Attorney unless the agent(s) designated above is/are unable or unwilling to serve.

I/we _Brett Graham_ have read the foregoing Power of Attorney. I am/we are the person(s) identified as successor agent(s) of the principal name therein. I/we acknowledge my/our legal responsibilities.

Dated:

Successor agent(s) sign(s) here ==>

_____
DADE   BRETT   GRAHAM

FLORIDA
STATE OF ~~NEW YORK~~, COUNTY OF ~~NEW YORK~~, ss.

On the 18 day of November, 2020, before me, the undersigned notary public, personally appeared BRETT GRAHAM            , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity, and that by his/her/their signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Alan Cueto
NOTARY PUBLIC
STATE OF FLORIDA
CC123201
Expires 2/5/2022

# EXHIBIT 4



# Power of Attorney

**Investment Advisor ("IA") Information** (This portion to be completed by IA.)

FRANCIS FINANCIAL INC

**IA Firm Name** *(Please print.)*

| 0833-9270 | New York Metro | |
|---|---|---|
| **IA Master Account Number** | **Service Team** | |
| Peter Vilim | (212) 374-9008 | peter@francisfinancal.com |
| **IA Contact Name** *(If follow-up is required)* | **IA Telephone Number** | **IA Email Address** |

- Use this form to authorize a third party (referred to as your "Agent" or "Attorney-in-Fact") to act on your behalf in connection with your Individual Retirement Account (IRA), your Schwab One® brokerage account and, if applicable, your linked Schwab Bank High Yield Investor Checking® account.
- If you are seeking to add an Agent to a Trust account or a business account, Schwab may require additional documentation.
- If you are seeking to add an Investment Advisor employee as an Agent on your account, Schwab may require additional documentation.
- Depending on the authority designation chosen in Section 2, this form may authorize an Agent to withdraw money and securities from an account and/or write checks against an account.
- If options trading is enabled on the account(s), the Agent must also complete an Options Trading and Margin Application.
- To grant authority to an investment advisory firm to place trade orders, make disbursements or pay fees from your account(s), use the Limited Power of Attorney (Investment Advisor) form.
- For a Schwab One International® account, use the Power of Attorney for Schwab One International Accounts form.
- When using this form for multiple accounts, identical registration is required on all accounts for which you are designating Power of Attorney. If the registration is different on any account, a separate Power of Attorney form will be required for each unique registration.
- Power of Attorney (POA) is not permitted on custodial or fiduciary accounts (including guardianships, conservatorships and estates). Please consult legal counsel. Please note: If a POA is receiving compensation for providing investment advice, that person may need to be registered as an Investment Advisor with the Securities and Exchange Commission (SEC) or the applicable state securities regulator. Registration laws, and exemptions from registration, vary by state. Many states require registration if a POA is receiving compensation for investment advice from just one client. The POA should consult with legal counsel and/or publicly available resources (www.nasaa.org and www.sec.gov) to understand the Investment Advisor registration requirements. It is the legal responsibility of the POA to ensure he or she is complying with the Investment Advisor registration laws that apply to him or her.

## 1. Account Holder Information and Authorization

**To: Charles Schwab & Co., Inc.—Authorization.** The terms "I," "me" and "my," as used throughout this form, refer to the Schwab Account Holder(s). I hereby authorize the Agent ("Attorney-in-Fact") named in Section 3 to be my Agent and Attorney-in-Fact and in such capacity to give instructions to Charles Schwab & Co., Inc. ("Schwab") in connection with my Schwab account(s) (the "Account"), including my linked Schwab Bank High Yield Investor Checking account, and to take other actions necessary or incidental to the execution of such instructions. I authorize Schwab, and other persons to whom Schwab has given instructions in order to implement the Attorney-in-Fact's instructions, to rely on the Attorney-in-Fact's instructions without obtaining my approval, countersignature or cosignature. **I understand that this is not a durable Power of Attorney and that all authority granted to my Attorney-in-Fact shall cease automatically upon Schwab receiving written notification from a licensed physician of my mental disability, incompetence, incapacity or upon notification of my death.** I understand that if an Account has a linked Schwab Bank High Yield Investor Checking account, the Power of Attorney applies to my accounts at two separate but affiliated companies: Charles Schwab & Co., Inc. and Charles Schwab Bank, SSB.

7631-3364    4106-0474    8947-9166

**Schwab Account Number(s)** *(Multiple accounts may be listed only if they have identical tax ID# and named account holder(s). Agent to be added on all Accounts must be the same individual.)*

**If Applicable: Schwab Bank High Yield Investor Checking Account Number** *(must be linked to a Schwab One account listed in this section)*

| Susan | | Kraus |
|---|---|---|
| **Account Holder's Name** *First* | *Middle* | *Last* |

| | | |
|---|---|---|
| **Additional Account Holder's Name** *First* | *Middle* | *Last* |

©2020 Charles Schwab & Co., Inc.  All rights reserved.  Member SIPC.
©2020 Charles Schwab Bank, SSB ("Schwab Bank").  All rights reserved.  Member FDIC.  Equal Housing Lender.
(1116-P27L)    APP25065-13 (09/20)



---

**Trust/Organization's Name\***

*May require additional documentation; please contact your service team for details.

## 2. Authority Designation

Appoint your Agent(s) to act in one of the following capacities (select only one):

☐ **Limited Power of Attorney**

☑ **Full Power of Attorney** *(includes Authorized Check User)*

☐ **Authorized Schwab One® Check User** *(designation not available for Schwab Bank High Yield Investor Checking® accounts)*

**Limited Power of Attorney (LPOA)—or Trading Authorization Only**

Grants the authority to trade in your Account, in the same manner and to the same extent as you are permitted to do, and to update certain account information, but not to make withdrawals, transfer funds, or change the account mailing address.

Note: If your Agent ("Attorney-in-Fact") is an Authorized Check User on your Account, you cannot designate him or her as an LPOA, but he or she may be designated as an FPOA.

**Full Power of Attorney (FPOA)**

Grants the authority to trade in your Account and to journal transfer or withdraw money and securities in your Account, including into the name of the Attorney-in-Fact. Agents with FPOA cannot transfer securities into or out of your Schwab Account to or from another brokerage firm, close your Account, or change the account mailing address. An Agent can change his or her own password to access your Account but cannot change your password. Also grants the authority of the Authorized Check User described immediately below.

**Authorized Schwab One Check User Power of Attorney ("Authorized Check User")**

Grants the unlimited authority to write checks against your Account. (Note: You may only authorize **two** additional check users on your Account. The names of the Authorized Check Users will not be printed on the checks.)

Note: Full Power of Attorney and/or Authorized Check User Power of Attorney do not provide the authority to endorse checks on the client's behalf. For IRA, QRP, Keogh, and 403(b)(7) account types, Full Power of Attorney may execute or change beneficiary designations on your eligible Schwab Account(s) on your behalf (your Agent may not execute a beneficiary designation in favor of himself or herself).

Power of Attorney includes online Account viewing access. Contact Schwab if you still want your Agent to receive duplicate paper statements and/or trade confirmations.

## 3. Agent ("Attorney-in-Fact") and/or Authorized Check User Information

If appointing two Agents, both Agents will have identical powers as indicated in Section 2. Each Acting Agent with or without linked Schwab One and Schwab Bank High Yield Investor Checking accounts must be a U.S. resident or U.S. resident alien, reside in the U.S. or one of its territories, and have a U.S. mailing address. For each non-U.S. resident acting as Agent, provide a clear photocopy of the inside pages of a current passport, including photo, signature, and personal information.

**Attorney-in-Fact**

☐ Order additional Schwab One checks.

As required by federal law, Schwab will use the information provided to verify the identity.

| Brett | | Graham |
|---|---|---|
| **Name** *First* | *Middle* | *Last* |

| ▮▮▮▮ 4595 | 1963 | |
|---|---|---|
| **Social Security/Tax ID Number** | **Date of Birth** *(mm/dd/yyyy)* | **Are you known by another name?** *(Please specify.)* |

Regulations require that you provide us with your legal address.

▮▮▮▮▮▮▮▮▮▮

**Home/Legal Street Address** *(no P.O. boxes)*

| MIAMI | FL | ▮▮▮▮ |
|---|---|---|
| **City** | **State or Province** | **Zip or Postal Code** |

**Mailing Address** *(Include mailing address if different from home/legal address. P.O. boxes may be used.)*

| | | |
|---|---|---|
| **City** | **State or Province** | **Zip or Postal Code** |

| | | 917-292-1120 | | |
|---|---|---|---|---|
| **Telephone Number** | **Mobile Number** | **Work Number** | | **Extension** |

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
©2020 Charles Schwab Bank, SSB ("Schwab Bank"). All rights reserved. Member FDIC. Equal Housing Lender.
(1116-P27L)  APP25065-13 (09/20)



btg1063@icloud.com

**Email Address***

*Mother's Maiden Name* — BRENNER

*By providing your email address, you consent to receiving email from Schwab. Information about opting out of certain email communications is provided at www.schwab.com/privacy.

**Country(ies) of Citizenship** (Must list each separated by a comma.)

☑ USA    ☐ Other: _____

**Country of Legal Residence** (Select only one.)

☑ USA    ☐ Other: _____

**ID Number and Type** (Please select only one box and provide the relevant information below.)

☐ Passport    ☐ Driver's License    ☐ Gov't-Issued ID

**Identification Number** ___  **Country or State of Issuance** ___  **Issue Date** *(mm/dd/yyyy)* ___  **Expiration Date** *(mm/dd/yyyy)* ___

Securities industry regulations require that we collect the following information.

**Employment Information** (Please select only one box.)

☐ Employed    ☑ Self-Employed    ☐ Retired    ☐ Homemaker    ☐ Student    ☐ Not Employed

**Occupation** (If you selected "Employed" or "Self-Employed," please select one option that best describes your occupation.)

☐ Business Owner/Self-Employed    ☐ Financial Services/Banking Professional    ☐ Military    ☐ Consultant
☐ Executive/Senior Management    ☐ Information Technology Professional    ☐ Educator    ☑ Other *(specify):* PRIVATE INVESTOR
☐ Medical Professional    ☐ Other Professional    ☐ Sales/Marketing
☐ Legal Professional    ☐ Clerical/Administrative Services    ☐ U.S. Government Employee *(Federal/State/Local)*
☐ Accounting Professional    ☐ Foreign Government Employee *(Non-U.S.)*    ☐ Trade/Service *(Labor/Manufacturing/Production)*

**Employer Name/Business Name** ___    **Business Street Address** *(no P.O. boxes)* ___

**City** ___    **State** ___    **Zip Code** ___

**The Next Two Questions Are Required by Industry Regulations:**

Are you or an immediate family member associated with or employed by a stock exchange or member firm of an exchange or FINRA, or a municipal securities broker-dealer?

☑ No    ☐ Yes  (If "Yes," you must attach a letter from your or your immediate family member's employer or affiliated broker-dealer approving the establishment of your account when submitting this application. **List the company name** _____ .)

Are you a director, 10% shareholder or policy-making officer of a publicly held company?

☑ No    ☐ Yes  (If "Yes," enter company name _____ and trading symbol _____ .)

**Additional Attorney-in-Fact**

As required by federal law, Schwab will use the information provided to verify the identity.

**Name** *First* ___    *Middle* ___    *Last* ___

**Social Security/Tax ID Number** ___  **Date of Birth** *(mm/dd/yyyy)* ___  **Are you known by another name?** *(Please specify.)* ___

Regulations require that you provide us with your legal address.

**Home/Legal Street Address** *(no P.O. boxes)* ___

**City** ___    **State or Province** ___    **Zip or Postal Code** ___

**Mailing Address** (Include mailing address if different from home/legal address. P.O. boxes may be used.)

**City** ___    **State or Province** ___    **Zip or Postal Code** ___

**Telephone Number** ___    **Mobile Number** ___    **Work Number** ___    **Extension** ___

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
©2020 Charles Schwab Bank, SSB ("Schwab Bank"). All rights reserved. Member FDIC. Equal Housing Lender.
(1116-P27L)  APP25065-13 (09/20)



**Email Address***

**Mother's Maiden Name**

*By providing your email address, you consent to receiving email from Schwab. Information about opting out of certain email communications is provided at www.schwab.com/privacy.

**Country(ies) of Citizenship** (Must list each separated by a comma.)

☐ USA ☐ Other: _____

**Country of Legal Residence** (Select only one.)

☐ USA ☐ Other: _____

**ID Number and Type** (Please select only one box and provide the relevant information below.)

☐ Passport ☐ Driver's License ☐ Gov't-Issued ID

**Identification Number** | **Country or State of Issuance** | **Issue Date** *(mm/dd/yyyy)* | **Expiration Date** *(mm/dd/yyyy)*

Securities industry regulations require that we collect the following information.

**Employment Information** (Please select only one box.)

☐ Employed ☐ Self-Employed ☐ Retired ☐ Homemaker ☐ Student ☐ Not Employed

**Occupation** (If you selected "Employed" or "Self-Employed," please select one option that best describes your occupation.)

☐ Business Owner/Self-Employed ☐ Financial Services/Banking Professional ☐ Military ☐ Consultant
☐ Executive/Senior Management ☐ Information Technology Professional ☐ Educator ☐ Other *(specify)*:
☐ Medical Professional ☐ Other Professional ☐ Sales/Marketing _____
☐ Legal Professional ☐ Clerical/Administrative Services ☐ U.S. Government Employee *(Federal/State/Local)*
☐ Accounting Professional ☐ Foreign Government Employee *(Non-U.S.)* ☐ Trade/Service *(Labor/Manufacturing/Production)*

**Employer Name/Business Name** | **Business Street Address** *(no P.O. boxes)*

**City** | **State** | **Zip Code**

**The Next Two Questions Are Required by Industry Regulations:**

Are you or an immediate family member associated with or employed by a stock exchange or member firm of an exchange or FINRA, or a municipal securities broker-dealer?

☐ No ☐ Yes (If "Yes," you must attach a letter from your or your immediate family member's employer or affiliated broker-dealer approving the establishment of your account when submitting this application. **List the company name** _____ .)

Are you a director, 10% shareholder or policy-making officer of a publicly held company?

☐ No ☐ Yes (If "Yes," enter company name _____ and trading symbol _____ .)

## 4. Agent ("Attorney-in-Fact") and/or Authorized Signatures

By signing below, the Agent certifies that he/she has carefully read and understands the provisions of this Power of Attorney, including the Power of Attorney Authorization and Agreement ("Agreement"), and agrees to the terms therein. The Agent understands that he/she has the right to resign as Agent at any time by providing written notice to Schwab or Charles Schwab Bank, SSB ("Schwab Bank"). The Agent agrees to indemnify and hold Schwab and its predecessors, successors, officers, directors, employees, agents, representatives, parent companies, affiliates, assigns, and attorneys harmless from and against any and all claims, judgments, taxes, fines, penalties, damages, liabilities, costs, and expenses (including but not limited to attorneys' and expert witness fees) incurred by Schwab as a result of any claim, judgment, or proceeding arising out of or connected in any manner whatsoever to Schwab's reliance on this Power of Attorney Authorization and Agreement and the representations and warranties contained herein.

**SIGN HERE**

**X** _[signature]_

Signature: Attorney-in-Fact

**Brett Graham**

Print Name

12/17/20

Today's Date *(mm/dd/yyyy)*

**X** _____

Signature: Additional Attorney-in-Fact

Print Name

Today's Date *(mm/dd/yyyy)*

## 5. Certification of Organization—Organizational Accounts Only

By signing this Power of Attorney form on behalf of your Organization, each Authorized Person signing in Section 7 certifies that the Organization authorizes this delegation of authority.

©2020 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
©2020 Charles Schwab Bank, SSB ("Schwab Bank"). All rights reserved. Member FDIC. Equal Housing Lender.
(1116-P27L) APP25065-13 (09/20)



## 6. Certification of Trust—Trust Accounts Only

By signing this Power of Attorney form on behalf of a Trust, each Trustee signing below (the "Trustee") certifies that the Trust instrument authorizes the delegation of authorities as indicated within this Power of Attorney form and such delegation is not prohibited by the laws that govern the Trust.

## 7. All Account Holders Must Sign, Date, and Provide Notaries for Each Signature

I have read carefully the provisions of this Power of Attorney, including the Power of Attorney Authorization and Agreement ("Agreement"), and I agree to the terms therein. I understand that it authorizes my Agent and Attorney-in-Fact, herein named, to exercise all rights and powers set forth above with respect to my Schwab Account(s), and I understand that anything my Agent may do in the exercise of such rights and powers is fully binding upon me.

I acknowledge and agree that, depending on the authority designation I choose in Section 2, I may be authorizing my Agent to withdraw money and securities from my Account(s) and/or write checks against my Account(s). I also acknowledge and agree that Schwab is not responsible for unauthorized actions, including money movements, my Agent may take with respect to my Account(s). If I have questions about actions taken by my Agent, I will discuss my concerns with my Agent.

I authorize Schwab (and Schwab Bank, if applicable), and other persons to whom Schwab (or Schwab Bank) has given instructions in order to implement my Agent's instructions, to rely on my Agent's instructions without obtaining my approval, countersignature or co-signature and to take other actions necessary or incidental to the execution of such instructions. If I have named more than one Agent, I agree that each Agent may act independently and without the consent of any other Agent. I understand that this is not a durable Power of Attorney and that all authority granted to my Agent shall cease automatically upon Schwab (or Schwab Bank, if applicable) receiving written notification from a licensed physician of my mental disability, incompetence, incapacity or death.

I agree to indemnify and hold Schwab and its predecessors, successors, officers, directors, employees, agents, representatives, parent companies, affiliates, assigns, and attorneys harmless from and against any and all claims, judgments, taxes, fines, penalties, damages, liabilities, costs, and expenses (including but not limited to attorneys' and expert witness fees) incurred by Schwab as a result of any claim, judgment, or proceeding arising out of or connected in any manner whatsoever to Schwab's reliance on this Agreement and the representations and warranties contained herein.

If this Power of Attorney relates to a Trust account, each Trustee certifies that the Trust instrument authorizes the delegation of authorities as indicated within this Power of Attorney form and such delegation is not prohibited by the laws that govern the Trust.

FURTHERMORE, BY SIGNING THIS FORM, I ACKNOWLEDGE THAT THE ATTACHED POWER OF ATTORNEY AUTHORIZATION AND AGREEMENT RELATES TO MY ACCOUNT(S) AND IS PART OF **(A) THE ACCOUNT AGREEMENT BETWEEN SCHWAB AND ME FOR MY BROKERAGE ACCOUNT AND, IF APPLICABLE, (B) THE ACCOUNT AGREEMENT BETWEEN SCHWAB BANK AND ME FOR MY SCHWAB BANK HIGH YIELD INVESTOR CHECKING® ACCOUNT. I ACKNOWLEDGE THAT I HAVE RECEIVED AND READ THE ATTACHED POWER OF ATTORNEY AUTHORIZATION AND AGREEMENT AND RETAINED A COPY FOR MY RECORDS AND THAT IT IS MY RESPONSIBILITY TO PROVIDE A COPY TO MY AGENT(S) IF I SO DESIRE.**

I understand that I am responsible for providing my Agent(s) with all agreements, disclosures and notices regarding my Account(s) and this Power of Attorney. I understand that I have the right to revoke or terminate this Power of Attorney at any time by providing written notice to Schwab or Schwab Bank. I understand that if I have a Schwab Bank High Yield Investor Checking account, I may contact or be contacted by Schwab or Schwab Bank regarding this Power of Attorney.

The Agreement with Schwab includes a predispute arbitration clause. I acknowledge receipt of the predispute arbitration clause contained in the Required Arbitration Disclosures and Arbitration Agreement sections, page 4, of the Power of Attorney Authorization and Agreement.

| X _(signature)_   **SIGN HERE** | Susan Kraus | 12 / 2 / 2020 |
|---|---|---|
| Signature: Account Holder or Trustee/Authorized Person | Print Name | Today's Date (mm/dd/yyyy) |

| X | | |
|---|---|---|
| Signature: Additional Account Holder or Co-Trustee/Authorized Person | Print Name | Today's Date (mm/dd/yyyy) |

| X | | |
|---|---|---|
| Signature: Additional Account Holder or Co-Trustee/Authorized Person | Print Name | Today's Date (mm/dd/yyyy) |

Brokerage Products: Not FDIC-Insured • No Bank Guarantee • May Lose Value

Charles Schwab & Co., Inc. ("Schwab") and Charles Schwab Bank, SSB ("Schwab Bank") are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. Brokerage products offered by Charles Schwab & Co., Inc., Member SIPC, are not insured by the FDIC, are not deposits or obligations of Charles Schwab Bank, SSB, and are subject to investment risk, including possible loss of principal invested. Deposit and lending products and services are offered by Charles Schwab Bank, SSB, Member FDIC and an Equal Housing Lender.

©2020 Charles Schwab & Co., Inc.  All rights reserved.  Member SIPC.
©2020 Charles Schwab Bank, SSB ("Schwab Bank"). All rights reserved. Member FDIC. Equal Housing Lender.
(1116-P27L)   APP25065-13 (09/20)



Power of Attorney | Page 6 of 6

Account Holder signature(s) must be notarized, and the original form must be returned.

Notice to CA Residents: A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Certificate of Acknowledgment of Notary Public*

*New York*
State of

*New york*
in the County of

*12/21/2020*
On (mm/dd/yyyy)

the above-named individual(s) personally appeared before me and proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

**X**
Signature: Notary *Deanna mohamed*

*12/21/2020*
Today's Date (mm/dd/yyyy)

(NOTARY SEAL)
DEANNA MOHAMED
Notary Public - State of New York
NO. 01MO6384924
Qualified in Richmond County
My Commission Expires Dec 24, 2022

Print Notary Name

*12/24/2022*
My Commission Expires (mm/dd/yyyy)

*If your state law permits, notaries may attach the appropriate notarizing declaration in lieu of this notarization.

---

Notice to CA Residents: A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Certificate of Acknowledgment of Notary Public*

State of

in the County of

On (mm/dd/yyyy)

the above-named individual(s) personally appeared before me and proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

**X**
Signature: Notary

Today's Date (mm/dd/yyyy)

(NOTARY SEAL)

Print Notary Name

My Commission Expires (mm/dd/yyyy)

*If your state law permits, notaries may attach the appropriate notarizing declaration in lieu of this notarization.

---

Notice to CA Residents: A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Certificate of Acknowledgment of Notary Public*

State of

in the County of

On (mm/dd/yyyy)

the above-named individual(s) personally appeared before me and proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

**X**
Signature: Notary

Today's Date (mm/dd/yyyy)

(NOTARY SEAL)

Print Notary Name

My Commission Expires (mm/dd/yyyy)

*If your state law permits, notaries may attach the appropriate notarizing declaration in lieu of this notarization.

©2020 Charles Schwab & Co., Inc.  All rights reserved.  Member SIPC.
©2020 Charles Schwab Bank, SSB ("Schwab Bank"). All rights reserved. Member FDIC. Equal Housing Lender.
(1116-P27L)  APP25065-13 (09/20)

