# EXHIBIT A
# (PART 4 OF 6)

# EXHIBIT 5



**Schwab One® Account of**
**SUSAN KRAUS**



**Account Number**
█████9166

**Statement Period**
**December 1-31, 2019**

**Need help reading this statement?**
Visit www.schwab.com/StatementGuide for more information.

## Your Independent Investment Manager and/or Advisor

FRANCIS FINANCIAL INC
39 BROADWAY STE 1730
NEW YORK NY          10006-3050
1 (212) 374-9008

*The custodian of your brokerage account is: Charles Schwab & Co., Inc.*
This report is provided by Schwab. Except as noted in the terms and conditions, your Investment Manager and/or Advisor is independently owned and operated and not an affiliate with Schwab. For questions about this statement, or if there is a change in your financial situation, investment objectives, or risk profile, please contact your Independent Investment Manager and/or Advisor.

### Table of Contents                                          **Page**

Terms and Conditions..................................................................................................2
Change in Account Value.............................................................................................4
Asset Composition.......................................................................................................4
Gain or (Loss) Summary..............................................................................................5
Income Summary.........................................................................................................5
Cash Transactions Summary.......................................................................................5
Investment Detail.........................................................................................................6
Realized Gain or (Loss)...............................................................................................7
Transaction Detail........................................................................................................8
Bank Sweep Activity....................................................................................................9
Endnotes For Your Account........................................................................................10





**FRANCIS FINANCIAL**
*Plan | Grow | Protect*

Your Independent Investment Advisor is not affiliated with or an agent of Schwab and Schwab does not supervise or endorse your Advisor.

**Page 1 of 10**

12/31-00000-TTCP0903-146452 *1-3



Schwab One® Account of
**SUSAN KRAUS**

**9166**

Account Number

Statement Period
**December 1-31, 2019**

## Terms and Conditions

This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Schwab Institutional is a division of Charles Schwab & Co., Inc., and provides back office brokerage and related services to investment advisors and retirement plan providers. Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. Schwab is a registered broker-dealer and is not affiliated with your Investment Advisor whose name appears on this statement ("Advisors") except in the case of Charles Schwab Investment Advisory, Inc. ("CSIA"), Schwab Private Client Investment Advisory, Inc. ("SPCIA"), or an affiliated company that may act as the investment advisor on a fund. Advisors are independently owned and operated. Schwab neither endorses nor recommends any particular Advisor or its investment strategy and has no responsibility to monitor trading by any Advisor in your Account. Schwab has not verified any statement accompanying any Advisor's logo appearing on this statement. Advisors provide investment advisory services for your Account. Schwab provides brokerage and custody services for your Account. Schwab has agreements with Advisors under which Schwab provides Advisors with institutional trading, custody and related services, and products. Not all of these products and services may benefit your Account, and Schwab may provide them to Advisors on the Advisor's commitment to place a certain amount of its clients' assets in brokerage accounts at Schwab within a certain period of time. This commitment could influence an Advisor's recommendation or requirement that its clients establish brokerage accounts at Schwab.

**GENERAL INFORMATION AND KEY TERMS:**
If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement.
**AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request.
**Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest.
**Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Bank Sweep and Bank Sweep for Benefit Plans features as a Schwab Cash feature for your brokerage account. Deposit accounts constitute direct obligations of banks affiliated with Schwab and are not obligations of Schwab. Bank deposit accounts are insured by the FDIC within applicable limits. The balance in the bank deposit accounts can be withdrawn on your order and the proceeds returned to your securities account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the Bank Sweep and Bank Sweep for Benefit Plans features, please refer to the Cash Features Disclosure Statement available online or from a Schwab representative.
**Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not

segregated and may be used in the conduct of this firm's business.
**Current Yield:** Annual dividend paid on an equity divided by the current market price.
**Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request.
**Estimated Annual Income:** Estimated annual income is derived from information provided by outside parties. Schwab cannot guarantee the accuracy of such information. Since the interest and dividends are subject to change at any time, they should not be relied upon exclusively for making investment decisions.
**Fees and Charges:** For those fees described in the statement as "Fee to Advisor", as authorized by you, Schwab debited your Account to pay the fees as instructed by your Advisor. It is your responsibility, and not Schwab's, to verify the accuracy of the fees. Margin interest charged to your Account during the statement period is included in this section of the statement.
**Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the Bank Sweep feature, interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month.
If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005.
**Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include:
• You can lose more funds than you deposit in the margin account.
• Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you.
• You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call.
• Schwab can increase its "house" maintenance margin requirements at any time without advance written notice to you.
**Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade

price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Pricing of assets not held at Schwab is for informational purposes only. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. For Limited Partnerships and Real Estate Investment Trust ("REIT") securities, you may see that the value reflected on your monthly account statement for this security is unpriced. NASD rules require that certain Limited Partnerships (direct participation programs) and Real Estate Investment Trust (REIT) securities, that have not been priced within 18 months, must show as unpriced on customer statements. Note that these securities are generally illiquid, the value of the securities will be different than its purchase price, and, if applicable, that accurate valuation information may not be available.
**Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified Schwab Account or a summary of the Market Value summed over multiple accounts.
**Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests.
**Option Customers:** Be aware of the following: 1) Commissions and other charges related to the execution of option transactions have been included in confirmations of such transactions previously furnished to you and will be made available promptly upon request 2) You should advise us promptly of any material changes in your investment objectives or financial situation 3) Exercise assignment notices for the option contracts are allocated among customer short positions pursuant to an automated procedure which randomly selects from among all customer short option positions those contracts which are subject to exercise, including positions established on the day of assignment 4) Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult your tax advisor or IRS publication 550, Investment Income and Expenses, for additional information on Options.
**Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your account is less than ⅓ of 1 cent ($0.005), your account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during

SIPC has taken the position that it will not cover the balances held in your deposit accounts maintained under programs like our Bank Sweep feature. Please see your Cash Feature Disclosure Statement for more information on insurance coverage.
© 2016 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. Member SIPC. This statement is furnished solely for your account at Schwab.
Except as noted in this statement's Terms and Conditions, Investment Advisors whose names appear in this statement are not affiliated with Schwab. Please see Terms and Conditions. (0516-1204)

Page 2 of 10



Schwab One® Account of
**SUSAN KRAUS**



Account Number
9166

Statement Period
**December 1-31, 2019**

## Terms and Conditions (continued)

a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower.

**Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at banks affiliated with Schwab in the Bank Sweep and Bank Sweep for Benefit Plans features.

**Short Positions:** Securities sold short will be identified through an "S" in Investment Detail. The market value of these securities will be expressed as a debit and be netted against any long positions in Total Account Value.

**Yield to Maturity:** This is the actual average annual return on a note if held to maturity.

**Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor. This information is not a solicitation or a recommendation to buy or sell. It may, however, be helpful for investment and tax planning strategies. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS.**

**Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account.

**IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions.**

**IN CASE OF COMPLAINTS: If you have a complaint regarding your Schwab statement, products or services, please write to the Client Advocacy Team at Charles Schwab & Co., Inc., Attention: Client Advocacy Team, 211 Main St., San Francisco, CA 94105, USA, or call Schwab Signature Alliance at 800-515-2157.**

**Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account.

**Additional Information:**
We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third party trademarks appearing herein are the property of their respective owners. Schwab and Charles Schwab Bank are affiliates of each other and subsidiaries of the Charles Schwab Corporation.

(1017-7MAX)



Schwab One® Account of
**SUSAN KRAUS**

**Account Number**
**9166**

**Statement Period**
**December 1-31, 2019**

**Account Value as of 12/31/2019: $ 477,931.18**

## Change in Account Value

| | This Period | Year to Date |
|---|---|---|
| **Starting Value** | **$ 772,096.33** | **$ 0.00** |
| Credits | 3,198.05 | 959,383.33 |
| Debits | (300,000.00) | (445,000.00) |
| Transfer of Securities (In/Out) | 0.00 | 0.00 |
| Income Reinvested | 0.00 | 0.00 |
| Change in Value of Investments | 2,636.80 | (36,452.15) |
| **Ending Value on 12/31/2019** | **$ 477,931.18** | **$ 477,931.18** |
| *Accrued Income* [d] | *17.55* | |
| ***Ending Value with Accrued Income*** [d] | **$ 477,948.73** | |
| **Total Change in Account Value** | **$ (294,165.15)** | **$ 477,931.18** |
| ***Total Change with Accrued Income*** [d] | **$ (294,147.60)** | |

## Asset Composition

| | Market Value |
|---|---|
| Cash and Bank Sweep [x,z] | $ 112,588.99 |
| Fixed Income | 365,342.19 |
| **Total Assets Long** | **$ 477,931.18** |
| **Total Account Value** | **$ 477,931.18** |



FRANCIS FINANCIAL
*Plan | Grow | Protect*

Your Independent Investment Advisor is not affiliated with or an agent of Schwab and Schwab does not supervise or endorse your Advisor.



**charles SCHWAB**

Schwab One® Account of
**SUSAN KRAUS**

**Account Number**
9166

**Statement Period**
**December 1-31, 2019**

## Gain or (Loss) Summary

| | Realized Gain or (Loss) This Period | | Unrealized Gain or (Loss) |
|---|---|---|---|
| | **Short Term** | **Long Term** | |
| All Investments | $3,023.37[b] | $0.00 | $5,633.78 |

*Values may not reflect all of your gains/losses. Cost basis may change and be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional gain or (loss) information refer to Terms and Conditions.*

## Income Summary

| | This Period | | Year to Date | |
|---|---|---|---|---|
| | Federally Tax-Exempt | Federally Taxable | Federally Tax-Exempt | Federally Taxable |
| Bank Sweep Interest | 0.00 | 4.30 | 0.00 | 64.58 |
| Treasury Bond Interest | 0.00 | 5,678.94 | 0.00 | 11,803.94 |
| **Total Income** | **0.00** | **5,683.24** | **0.00** | **11,868.52** |
| Accrued Interest Paid[4] | 0.00 | 0.00 | 0.00 | (2,131.91) |

[4]Certain accrued interest paid on taxable bonds may be deductible; consult your tax advisor.

## Cash Transactions Summary

| | This Period | Year to Date |
|---|---|---|
| **Starting Cash\*** | **$ 71,768.24** | **$ 0.00** |
| Deposits and other Cash Credits | 0.00 | 950,000.00 |
| Investments Sold | 337,622.70 | 536,853.22 |
| Dividends and Interest | 3,198.05 | 9,383.33 |
| Withdrawals and other Debits | (300,000.00) | (445,000.00) |
| Investments Purchased | 0.00 | (938,647.56) |
| Fees and Charges | 0.00 | 0.00 |
| **Total Cash Transaction Detail** | **40,820.75** | **112,588.99** |
| **Ending Cash\*** | **$ 112,588.99** | **$ 112,588.99** |

\*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 5 of 10



Schwab One® Account of
**SUSAN KRAUS**

 9166

Account Number

Statement Period
**December 1-31, 2019**

## Investment Detail - Cash and Bank Sweep

| Cash | Starting Balance | Ending Balance |
|---|---|---|
| Cash | (100,000.00) | 3,193.75 |
| **Total Cash** | **(100,000.00)** | **3,193.75** |

| Bank Sweep | Starting Balance | Ending Balance |
|---|---|---|
| CHARLES SCHWAB BANK | 171,768.24 | 109,395.24 |
| **Total Bank Sweep** X,Z | **171,768.24** | **109,395.24** |

| | | |
|---|---|---|
| **Total Cash and Bank Sweep** | | **112,588.99** |

## Investment Detail - Fixed Income

| | Par | Market Price | Market Value | Adjusted Cost Basis | Unrealized Gain or (Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **U.S. Treasuries** | | | *Cost Basis* | | | Yield to Maturity |
| **US TREASUR NT 1.75%12/20** | 365,000.0000 | 100.09375 | 365,342.19 | 359,708.41 | 5,633.78 | 6,387.50 |
| UST NOTE   DUE 12/31/20 | | | *359,708.41* | | | 2.56% |
| CUSIP: 912828N48 | | | | | | *Accrued Interest: 17.55* |
| **Total U.S. Treasuries** | 365,000.0000 | | 365,342.19 | 359,708.41 | 5,633.78 | 6,387.50 |
| | | **Total Cost Basis:** | *359,708.41* | | | |

*Total Accrued Interest for U.S. Treasuries: 17.55*

| | Par | | Market Value | Adjusted Cost Basis | Unrealized Gain or (Loss) | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **Total Fixed Income** | 365,000.0000 | | 365,342.19 | 359,708.41 | 5,633.78 | 6,387.50 |
| | | **Total Cost Basis:** | *359,708.41* | | | |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.



Schwab One® Account of
**SUSAN KRAUS**



| Account Number | Statement Period |
|---|---|
| 9166 | **December 1-31, 2019** |

## Investment Detail - Fixed Income (continued)

*Accrued interest represents the interest that would be received if the fixed income investment was sold prior to the coupon payment.*

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated. EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate.*

| | |
|---|---|
| **Total Investment Detail** | **477,931.18** |
| **Total Account Value** | **477,931.18** |
| **Total Cost Basis** | ***359,708.41*** |

## Realized Gain or (Loss)

| Short Term | Quantity/Par | Acquired/ Opened | Sold/ Closed | Total Proceeds | Cost Basis *Adjusted* | Realized Gain or (Loss) *Adjusted* |
|---|---|---|---|---|---|---|
| US TREASUR NT 1.75%12/20UST NOTE   DUE 12/31/20: 912828N48 | 35,000.0000 | 03/01/19 | 12/02/19 | 35,020.51 | 34,492.59 | 527.92 |
| | | | | | *34,698.50* | *322.01* [b] |
| US TREASUR NT 1.75%12/20UST NOTE   DUE 12/31/20: 912828N48 | 300,000.0000 | 03/01/19 | 12/02/19 | 300,117.00 | 295,650.75 | 4,466.25 |
| | | | | | *297,415.64* | *2,701.36* [b] |
| **Total Short Term** | | | | **335,137.51** | **330,143.34** | **4,994.17** |
| | | | | | *332,114.14* | *3,023.37* [b] |
| **Total Realized Gain or (Loss)** | | | | **335,137.51** | **330,143.34** | **4,994.17** |
| | | | | | *332,114.14* | *3,023.37* [b] |

*Schwab has provided accurate realized gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. If all data for a given investment is not available, the investment will not be listed here.*

*Option Customers:  Realized gain/loss of underlying securities is adjusted to reflect the premiums of assigned or exercised options. Please consult IRS publication 550, Investment Income and Expenses, for additional information on Options.*

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 7 of 10



| Schwab One® Account of | **SUSAN KRAUS** | | **Account Number** 9166 | **Statement Period** December 1-31, 2019 |

## Transaction Detail - Purchases & Sales

### Fixed Income Activity

| Settle Date | Trade Date | Transaction | Description | Par | Unit Price | Total Amount |
|---|---|---|---|---|---|---|
| 12/03/19 | 12/02/19 | Sold | US TREASUR NT 1.75%12/20<br>UST NOTE    DUE 12/31/20: 912828N48<br>With accrued interest of $2,225.54 | (300,000.0000) | 100.0390 | 302,342.54 |
| 12/03/19 | 12/02/19 | Sold | US TREASUR NT 1.75%12/20<br>UST NOTE    DUE 12/31/20: 912828N48<br>With accrued interest of $259.65 | (35,000.0000) | 100.0585 | 35,280.16 |
| **Total Fixed Income Activity** | | | | | | **337,622.70** |
| **Total Purchases & Sales** | | | | | | **337,622.70** |

## Transaction Detail - Deposits & Withdrawals

| Transaction Date | Process Date | Activity | Description | Location | Credit/(Debit) |
|---|---|---|---|---|---|
| 12/03/19 | 12/03/19 | MoneyLink Txn | Tfr JPMORGAN CHASE BAN, SUSAN KRAUS | | (100,000.00) |
| 12/04/19 | 12/04/19 | MoneyLink Txn | Tfr JPMORGAN CHASE BAN, SUSAN KRAUS | | (100,000.00) |
| 12/06/19 | 12/06/19 | MoneyLink Txn | Tfr JPMORGAN CHASE BAN, SUSAN KRAUS | | (100,000.00) |
| **Total Deposits & Withdrawals** | | | | | **(300,000.00)** |

The total deposits activity for the statement period was $0.00.  The total withdrawals activity for the statement period was $300,000.00.

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested)

| Transaction Date | Process Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 12/15/19 | 12/16/19 | Bank Interest$^{X,Z}$ | BANK INT 111619-121519: SCHWAB BANK | 4.20 |
| 12/15/19 | 12/16/19 | Bank Interest$^{X,Z}$ | BANK INT 111619-121519: SCHWAB PREMIER BANK | 0.10 |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 8 of 10



| | Schwab One® Account of<br>**SUSAN KRAUS** | |  Account Number<br>▇▇9166 | Statement Period<br>**December 1-31, 2019** |
|---|---|---|---|---|

## Transaction Detail - Dividends & Interest (including Money Market Fund dividends reinvested) (continued)

| Transaction<br>Date | Process<br>Date | Activity | Description | Credit/(Debit) |
|---|---|---|---|---|
| 12/31/19 | 12/31/19 | Bond Interest | US TREASUR NT 1.75%12/20: 912828N48 | 3,193.75 |
| **Total Dividends & Interest** | | | | **3,198.05** |

| | |
|---|---|
| **Total Transaction Detail** | **40,820.75** |

## Bank Sweep Activity

| Transaction<br>Date | Transaction | Description | Withdrawal | Deposit | Balance $^{X,Z}$ |
|---|---|---|---|---|---|
| **Opening Balance** $^{X,Z}$ | | | | | **171,768.24** |
| 12/02/19 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 100,000.00 | | 71,768.24 |
| 12/04/19 | Auto Transfer | BANK CREDIT FROM BROKERAGE $^X$ | | 237,622.70 | 309,390.94 |
| 12/05/19 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 100,000.00 | | 209,390.94 |
| 12/09/19 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 100,000.00 | | 109,390.94 |
| 12/15/19 | Interest Paid $^{X,Z}$ | BANK INTEREST - CHARLES SCHWAB BANK | | 4.20 | 109,395.14 |
| 12/15/19 | Interest Paid $^{X,Z}$ | BANK INTEREST - SCHWAB PREMIER BANK | | 0.10 | 109,395.24 |
| 12/15/19 | Auto Transfer | BANK TRANSFER TO BROKERAGE | 4.30 | | 109,390.94 |
| 12/17/19 | Auto Transfer | BANK CREDIT FROM BROKERAGE $^X$ | | 4.30 | 109,395.24 |
| **Total Activity** | | | **300,004.30** | **237,631.30** | |
| **Ending Balance** $^{X,Z}$ | | | | | **109,395.24** |

*Bank Sweep: Interest Rate as of 12/31/19 was 0.06%.* $^Z$

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 9 of 10



Schwab One® Account  of
**SUSAN KRAUS**


Account Number
9166

**Statement Period**
**December 1-31, 2019**

## Endnotes For Your Account

| Symbol | Endnote Legend |
|---|---|
| b | When available, Adjusted Cost Basis values are used in Gain or (Loss) calculations. |
| d | Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your brokerage account, but the income and/or dividends have not been received into your account and Schwab makes no representation that they will. Accrued amounts are not covered by SIPC account protection until actually received and held in the account. |
| X | Bank Sweep deposits are held at FDIC-insured bank(s) ("Banks") that are affiliated with Charles Schwab & Co., Inc. |
| z | For Bank Sweep and Bank Sweep for Benefit Plans features, interest is paid for a period that differs from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its affiliated banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings. Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement.

Page 10 of 10

# EXHIBIT 6

**DUPLICATE STATEMENT**

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 30, 2019 through December 31, 2019
Primary Account: ████████0409

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00052267 DRE 802 142 00120 NNNNNNNNNNNN T 1 000000000 67
DAVID KRAUS
OR SUSAN KRAUS
OR SCOTT K GREENBERG POA

MINEOLA NY ████████

## ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | ████0409 | $91,726.79 | $62,734.07 |
| Chase Private Client Savings | ████6750 | 66,178.49 | 66,185.15 |
| **Total** | | **$157,905.28** | **$128,919.22** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$157,905.28** | **$128,919.22** |

DAVID KRAUS

OR SUSAN KRAUS

OR SCOTT K GREENBERG POA

Account Number: ████████0409

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$91,726.79** |
| Deposits and Additions | 400,000.93 |
| Checks Paid | -21,223.24 |
| Electronic Withdrawals | -405,870.41 |
| Other Withdrawals | -1,900.00 |
| **Ending Balance** | **$62,734.07** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.93 |
| Interest Paid Year-to-Date | $6.19 |

**CHASE PRIVATE CLIENT**

November 30, 2019 through December 31, 2019
Primary Account: ████████████ 0409

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 12/02 | Schwab Brokerage Moneylink | PPD ID: 9005586224 | $100,000.00 |
| 12/04 | Schwab Brokerage Moneylink | PPD ID: 9005586224 | 100,000.00 |
| 12/05 | Schwab Brokerage Moneylink | PPD ID: 9005586224 | 100,000.00 |
| 12/09 | Schwab Brokerage Moneylink | PPD ID: 9005586224 | 100,000.00 |
| 12/31 | Interest Payment | | 0.93 |

**Total Deposits and Additions**  **$400,000.93**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 0 ^ | | 12/04 | $8,500.00 |
| 1970 * ^ | | 12/03 | 450.00 |
| 1971 ^ | | 12/23 | 250.00 |
| 1972 ^ | | 12/17 | 250.00 |
| 1978 * ^ | | 12/30 | 3,273.24 |
| 1979 ^ | | 12/30 | 8,500.00 |

**Total Checks Paid**  **$21,223.24**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 12/02 | 12/01 Online Transfer To Sav ...6750 Transaction#: 8918282354 | | $100,000.00 |
| 12/02 | Att      Payment      PPD ID: 9864031004 | | 53.49 |
| 12/03 | Comenity Pay II  Phone Pymt P19336324784902 Tel ID: 1651180275 | | 303.52 |
| 12/04 | American Express ACH Pmt    A2386      Web ID: 9493560001 | | 1,961.63 |
| 12/05 | 12/05 Online Transfer To Sav ...6750 Transaction#: 8933251786 | | 200,000.00 |
| 12/05 | Unitedhealthcare Premium      PPD ID: 1836282001 | | 284.50 |
| 12/05 | Unitedhcmedicare Medinspymt      PPD ID: 9000447048 | | 80.00 |
| 12/09 | Con Ed of NY    Intell Ck      PPD ID: 2462467002 | | 254.84 |
| 12/17 | 12/17 Online Transfer To Sav ...6750 Transaction#: 8976846512 | | 100,000.00 |
| 12/26 | Chase Credit Crd Autopay      PPD ID: 4760039224 | | 2,878.94 |
| 12/31 | Att      Payment      PPD ID: 9864031004 | | 53.49 |

**Total Electronic Withdrawals**  **$405,870.41**

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/18 | 12/18 Withdrawal | $1,900.00 |

**Total Other Withdrawals**  **$1,900.00**

**CHASE PRIVATE CLIENT**

November 30, 2019 through December 31, 2019
Primary Account: ███████ 0409



DAVID KRAUS                                                                Account Number: ████████ 6750

SUSAN KRAUS

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$66,178.49** |
| Deposits and Additions | 400,006.66 |
| Electronic Withdrawals | -400,000.00 |
| **Ending Balance** | **$66,185.15** |
| Annual Percentage Yield Earned This Period | 0.08% |
| Interest Paid This Period | $6.66 |
| Interest Paid Year-to-Date | $318.38 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **$66,178.49** |
| 12/02 | Online Transfer From Chk ...0409 Transaction#: 8918282354 | **100,000.00** | 166,178.49 |
| 12/02 | 12/01 Online Transfer 8918283908 To Bg #######4150 Transaction #: 8918283908 | -100,000.00 | 66,178.49 |
| 12/05 | Online Transfer From Chk ...0409 Transaction#: 8933251786 | **200,000.00** | 266,178.49 |
| 12/05 | 12/05 Online Transfer 8933252363 To Bg #######4150 Transaction #: 8933252363 | -100,000.00 | 166,178.49 |
| 12/16 | 12/14 Online Transfer 8967094032 To Bg #######4150 Transaction #: 8967094032 | -100,000.00 | 66,178.49 |
| 12/17 | Online Transfer From Chk ...0409 Transaction#: 8976846512 | **100,000.00** | 166,178.49 |
| 12/17 | 12/17 Online Transfer 8978936017 To Bg #######4150 Transaction #: 8978936017 | -100,000.00 | 66,178.49 |
| 12/31 | Interest Payment | **6.66** | 66,185.15 |
|  | **Ending Balance** |  | **$66,185.15** |

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.



**CHASE PRIVATE CLIENT**

November 30, 2019 through December 31, 2019
Primary Account: ███████████0409

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

---

# EXHIBIT 7

**The New York Times**

https://www.nytimes.com/2021/06/26/us/politics/recurring-donations-seniors.html

# How Deceptive Campaign Fund-Raising Ensnares Older People

Older Americans, a critical source of political donations, often fall victim to aggressive and misleading digital practices. A broad Times analysis points to the scope of the problem.

 **By Shane Goldmacher**

June 26, 2021

Sign up for the **On Politics** newsletter.  Your guide to the 2024 elections. Get it sent to your inbox.

William W. Vaughan Jr. was a senior atmospheric scientist at NASA during the space race and later an accomplished academic, but as with so many aging Americans, time and technology had sapped him of some of his savvy, especially online.

Computers made him feel "like a duck out of water," his son Steve Vaughan said. So when Steve was sorting through the elder Mr. Vaughan's papers after his death at 90 in December, he was unsettled by what he found on his father's final credit card bill.

The first item was familiar: $11.82 at the local Chick-fil-A in Huntsville, Ala. But every other charge on the first page, and there were dozens of them, was to the firm that processes online Republican campaign contributions, WinRed. Over four months last year, Mr. Vaughan had made 400 donations totaling nearly $11,500 — to Donald J. Trump, Mitch McConnell, Tim Scott, Steve Scalise and many others.

The sum was far beyond the realm of his financial ability, his son said, and sure enough, he soon discovered handwritten notes outlining what appeared to be his father's call disputing the charges with his credit card company. He is still seething at the avalanche of charges and "what they did to a 90-year-old" just before his death.

"If it happened to him," he said, "I have to figure it happened to other people."

It has.



Mr. Vaughan died in December at age 90.

The dirty little secret of online political fund-raising is that the most aggressive and pernicious practices that campaigns use to raise money are especially likely to ensnare unsuspecting older people, according to interviews with digital strategists and an examination of federal donation and refund data.

Older Americans are critical campaign contributors, both online and offline. More than half of all the online contributions processed by WinRed in the last cycle, 56 percent, came from people who listed their occupation as "retired," federal records show.

Digital operatives in both parties deploy an array of manipulative tactics that can deceive donors of all age groups: faux bill notices and official-looking correspondence; bogus offers to match donations and hidden links to unsubscribe; and prechecked boxes that automatically repeat donations, which are widely seen as the most egregious scheme.

But some groups appear to specifically target older internet users, blasting out messages with subject lines like "Social Security" that have particular resonance for older people, and spending disproportionately on ads for an older audience. In many cases, the most unscrupulous tactics of direct mail have simply been rebooted for the digital age — with ruthless new precision.

"Everybody knows what they're doing: They're scamming seniors to line their own pockets and to raise money for campaigns," said Mike Nellis, a Democratic digital strategist who is critical of deceptive practices.

"You are targeting people who are less savvy online, who are more likely to believe what's put in front of them," Mr. Nellis said, lamenting tactics that "erase people's humanity."

It is impossible to tell just how many older Americans are deceived by such methods, because age is not reported on federal filings. One useful measuring stick, digital experts say, is the number of donations that are refunded — which often occurs when contributors feel unsatisfied or duped.

The New York Times analyzed refund data from 2020, working with the political information firm Political Data Inc., which matched refunded donors to the voter rolls. The results provide a rare window into just how disproportionately old the universe of donors who receive refunds is.

### Donation refunds skewed heavily to older people

Republican campaigns issued refunds at far higher rates (7.4 percent of WinRed contributions) than Democratic ones (2.3 percent on ActBlue) in the 2020 election. But the age distribution for both parties among California refunds was very similar.

| | ActBlue | WinRed |
|---|---|---|
| 18-29 | 1.3% | 0.5% |
| 30-39 | 4.6% | 2.6% |
| 40-49 | 6.5% | 6.5% |
| 50-59 | 11.9% | 15.4% |
| 60-69 | 23.2% | 27.9% |
| 70-79 | 34.9% | 32.5% |
| 80+ | 17.6% | 14.6% |

Note: Donations without an age listed were excluded.  •  Source: Federal Election Commission and Political Data, Inc.  •  Taylor Johnston

The findings, which looked at refunds in one large and diverse state, California, showed that the average age of donors who received refunds was almost 66 on WinRed and nearly 65 on ActBlue, the equivalent Democratic processing site.

Even more revealing: More than four times as much money was refunded to donors who are 70 and older than to adults under the age of 50 — for both Republicans and Democrats.

More than 65,000 unique donors, who were refunded a roughly $25 million combined last election, were matched by name and ZIP code in California. The ages of donors being refunded in both parties were very similar, even as Republican campaigns issued online refunds at more than triple the overall rate of Democrats, records show.

A Times investigation earlier this year revealed how the Trump operation had made donations automatically recur weekly, and had obscured that fact with extraneous text, causing a multimillion-dollar cascade of refunds and a surge of fraud complaints.

Multiple banking officials said the flood of complaints against Mr. Trump's operation came heavily from older donors. One fraud investigator recalled the case of an 88-year-old who worried that her family would presume she was developing dementia because the repeat charges had blown past her credit card limit.

Exploiting the diminishing capacity of older people for cash extends far beyond politics. There is an entire initiative at the Justice Department devoted to elder abuse, and the F.B.I.'s Internet Crime Complaint Center reported nearly $1 billion in losses for those 60 and older in 2020.

Most political tactics are legal, though the Justice Department recently called out nonexistent promises to match donations as an example of "material misrepresentations."

"You leverage data, technology, emotion and digital tactics to take advantage of a population," said Cyrus Krohn, who oversaw digital strategy at the Republican National Committee more than a decade ago and now regrets some of his earlier work. "It's like a kid in a candy store."



A rally for former President Donald J. Trump at The Villages, a retirement community in Florida, in October. Anna Moneymaker for The New York Times

# Why older people are 'the perfect target'

Daniel Marson, a clinical neuropsychologist who has studied financial decision-making among aging Americans, said older people face a double whammy online when combining their generational lack of familiarity with technology and age-related cognitive declines.

The brain itself starts to shift with age, Dr. Marson and other neurological experts said. Processing typically begins to slow. Keeping track of multiple things is harder. Evaluating trustworthiness becomes more of a struggle.

"They just don't have the same digital literacy or capacity to engage in an internet world," said Dr. Marson, the former director of the Alzheimer's Disease Center at the University of Alabama at Birmingham.

Certainly, millions of aging Americans are still adroit with technology and some don't decline cognitively until a very advanced age.

But even the kinds of silly deceptions that millennials and digital natives might roll their eyes at — like stress-inducing donation countdown clocks — can more easily distract or confuse many retirees who adopted computers later in life.

Some campaigns use subject lines like "Final Notice #33716980" — which the Democratic Congressional Campaign Committee recently deployed — that can make it appear as if actual bills are at risk of defaulting. Some use breathless exaggerations, like a recent text from the House Republican campaign arm, which warned it would "lose the House for good!" if everyone did not contribute $9 by midnight.

From: **Final Notice #33716980 (via DCCC)** <dccc@dccc.org>
Date: Mon, May 31, 2021 at 8:15 PM
Subject: AUTO-CONFIRM: [Member Status (O5/31/2O21)]
To: <█████████████████████████>

You have **17 MISSED MESSAGES** to renew your Democratic Membership.

This is your **FINAL NOTICE** to renew your Membership before tonight's critical End of Month Deadline.



A fund-raising email from the Democratic Congressional Campaign Committee. Personal information has been redacted.

Many older people interpret personalized messages literally.

Tatenda Musapatike, a Democratic digital strategist, recalled having to explain to some older family members that Joe Biden was not in fact the person sending them an email asking for money.

"It's not naïve or foolish," she said. "It's from people being less online."

The daughter of one 69-year-old donor, who spoke on the condition of anonymity to safeguard her father's wishes to remain private, described a call from her mother last year asking her to intervene in his excessive online contributions. "Mom came to me and said, 'Dad donated $25,000,'" the woman said. Records show he made hundreds of donations via WinRed to a variety of Republican campaigns.

"He's taking what they say as truth," she said, adding that he has begun exhibiting early symptoms of mental decline and insists he has not donated as much as he actually has.

While she has unsubscribed him from as many email and text lists as she can, she remains worried. "I can't watch him 24 hours a day," she said.

6/22/21, 2:10 PM

Final Notice: We've held your shirt as long as we can. You have 1 hr to claim it b4 we move on to the next patriot. Just chip in $10 to ship: gopwin.us/ekc

6/22/21, 8:08 PM

Unless every patriot reading this chips in $5, we will LOSE seats instead of taking back Trump's Majority. Give w/in 20 min to be 2x matched: gopwin.us/0hc

6/23/21, 2:51 PM

Humbly asking 1 last time: We're giving you 1 more chance to claim your shirt b4 we give it away to a true Trump Patriot. Just chip in $10 to ship gopwin.us/qo4

6/23/21, 8:08 PM

Trump's America First Legacy is in DANGER! Chip in $22 in the next 1 hour to add your name to our Trump Patriot Wall & flip the House for Trump>>> gopwin.us/0ux

Yesterday, 1:24 PM

Was this an error? We texted you 5X to claim your shirt (just $10 to ship!) & you failed to act. Only 198 left. Deadline extended for 30min only: gopwin.us/ual

Text messages sent from the National Republican Congressional Committee urged people to donate with false deadlines and promises of matching contributions.

David Laibson, a behavioral economics professor at Harvard who has studied the impact of aging on financial decision-making, said studies showed that half of people in their 80s or older have either some cognitive impairment short of dementia or actual dementia.

"Who's the perfect target?" he said. "They're in their early 80s, they have a very substantial likelihood of cognitive impairment, and they probably still haven't depleted their retirement nest egg."

In fact, the records show that more money was refunded to donors who were 80 and older than to adults under 50, on both ActBlue and WinRed, according to the examination of California refund data.

ActBlue and WinRed both said they work with customers to solve any problems they encounter, but declined to comment further.

Senator Amy Klobuchar of Minnesota, the chairwoman of the Rules Committee, which oversees federal elections administration, noted that many older Americans were particularly isolated during the coronavirus pandemic, and were simultaneously forced to be online more to connect with family and friends. "They had no choice," she said, "so it is really easy to target them."

Ms. Klobuchar, a Democrat, recently introduced legislation to ban prechecked boxes that repeat donations after the Federal Election Commission unanimously recommended outlawing the practice in the wake of the Times investigation.

"Politicians are always courting the votes of seniors," she said. "Then, behind their backs, they're scamming them for money. It's pretty bad."

Some younger donors who are less internet-savvy also donated more than they intended.



Daisy DeSimone, left, and her mother, Marian, at their home in New Jersey.  Bryan Anselm for The New York Times

Marian DeSimone, the mother of Daisy DeSimone, who has a developmental disability, said her 30-year-old daughter was entrapped in a Republican recurring donation vortex last year that involved hundreds of small contributions totaling $2,700, about 85 percent of which went to two Trump committees.

In a joint interview with her mother, Daisy said she contributed more than she intended, "by a lot," and felt "frustrated" by her experience. She was most impassioned about the overwhelming volume of solicitations: "They would keep coming back to me, they would keep emailing me and texting me."

When her mother logged into her account to try to delete her from various lists, she discovered that the "unsubscribe" link from the Republican National Committee was in plain text. Unlike every other link, it was neither bold nor blue nor underlined. You had to hover above to see that it was a link at all.

"Shameful!" she thought. At first, she had blamed her daughter for the deluge of donations. Now she sees her as a victim.



Mothership Strategies, a Washington-based digital consulting firm, is known for its aggressive tactics in Democratic politics.  Matt McClain/The Washington Post, via Getty Images

## 'A systemic campaign finance abuse issue'

Overall, Republican campaigns issued refunds at far higher rates (7.4 percent of WinRed contributions) than Democratic ones (2.3 percent on ActBlue) in the 2020 election, a gap driven chiefly by Mr. Trump's prechecked boxes scheme.

But some Democratic donors did feel victimized.

Susan Kraus is an 81-year-old New Yorker who, federal records show, made around 175 separate donations last year via ActBlue, totaling about $4,500.

"That's impossible," Ms. Kraus said in an interview. "Never. I don't know how that happened. But it wasn't me doing it." Both she and her son, Brett Graham, said she experiences short-term memory loss.

"It's almost like they were duplicating it," she said. "Like there were tricks." She recalls making donations with her phone but nothing at that scale, nor to the range of groups that records show she contributed to.

"There isn't a nice way to spin it," said Mr. Graham, who helps manage his mother's financial affairs. "This is a systemic campaign finance abuse issue." He added that the overlapping pattern of giving was "not what a human being would do." He was able to receive refunds for roughly $2,500 from two credit cards.

The largest share of Ms. Kraus's donations went to two interconnected groups, Stop Republicans and the Progressive Turnout Project, that she said she had never heard of. Both organizations share a Washington-based digital consulting firm, Mothership Strategies, that Democratic critics have singled out for its aggressive tactics.

Of the top 10 Democratic groups with the oldest average age for refunded donors in California during the last election that refunded at least $75,000, all were Mothership clients.

Those groups had an average age range of 74 to 78, the analysis of refund data shows. (WinRed does not itemize which campaigns provide refunds to particular donors, so an equivalent examination is not possible.)

More than 40 percent of Facebook ads from Stop Republicans and the Progressive Turnout Project reached users over 65, according to a public database compiled by Bully Pulpit Interactive, a Democratic digital consultancy. In comparison, the Biden campaign devoted 18.5 percent of its Facebook ads to that demographic.

Mothership said that it does not target people by age. Instead, it said, it screens based on interests and likelihood to donate — and that older people are simply more reliable donors.

"We're proud to raise the funds that allow our clients to outcompete Republican super PACs and elect progressive and diverse Democrats across the country," Maya Garcia, a principal at Mothership, said in a statement. She added that the

leaders of the firm "never want anyone to make an accidental contribution," that it displays its organizations' names prominently and that it works "to ensure all refund requests are handled quickly."

The company declined to say if it receives a commission on money it raises online. The Washington Post reported in 2019 that its commission was as high as 15 percent.

## A debate among Democrats on tactics

Today, most leading Republican groups deploy prechecked recurring boxes and other aggressive tactics, but in Democratic circles a debate is raging about the ethics of online solicitations. There are two clear camps: those who rose through the Democratic Congressional Campaign Committee, the party's House fund-raising arm, and its highly aggressive program, including Mothership Strategies, and those more aligned with the presidential campaigns of Senator Bernie Sanders.

From: **SOCIAL SECURITY UPDATE (via DCCC)** <dccc@dccc.org>
Date: Tue, Jun 8, 2021 at 8:34 PM
Subject: President Biden just announced:
To: ███████████████████████████████>

████████████    we're over the moon!!

**In his new budget proposal, President Biden is calling for a 10%
INCREASE in Social Security funding!**

The D.C.C.C.'s operation is one of the few Democratic groups that continue to use the prechecked boxes. It has also experimented with another processing platform while ActBlue moves to block the practice entirely. In June, one fund-raising pitch

came from a sender listed as "SOCIAL SECURITY UPDATE (via DCCC)" — though on platforms like Gmail, the D.C.C.C. part was cut off unless people clicked through.

Murshed Zaheed, a veteran Democratic digital consultant, is among those pushing for what he calls "ethical email," which he defined as not deceiving supporters.

"I cannot tell you how much I hate the words 'email list,'" he said. He said the phrase "dehumanizes" people and treats them "as A.T.M. machines."

For Mr. Vaughan, the former NASA scientist, his final credit card bill was a maze of repeating charges to the same campaigns, sometimes on the same day.

The note his son discovered had the words "WinRed charges to be refunded" written clearly. It was dated Nov. 25 — the same day that federal records show $1,144 was refunded.

It was only about 10 percent of his total giving. His son has been unable to recoup the rest.

Rachel Shorey contributed research.

**Shane Goldmacher** is a national political reporter and was previously the chief political correspondent for the Metro desk. Before joining The Times, he worked at Politico, where he covered national Republican politics and the 2016 presidential campaign. More about Shane Goldmacher

# EXHIBIT 8

charles
SCHWAB

**Account Verification**
Your Investment Advisor:
FRANCIS FINANCIAL INC
39 BROADWAY STE 1730
NEW YORK NY 10006

SUSAN KRAUS
█████████
NEW YORK NY    ████

Questions: 1-800-515-2157

November 13, 2018

Account number: ████9166

---

### Important information about your new Schwab account.

On behalf of Schwab and your independent investment advisor, we'd like to take this opportunity to thank you for opening your new Schwab account.

Your new account number is listed above, and you'll find important details about your account beginning on the next page. **Please review your account information carefully. If any information is incorrect or if it changes in the future, please contact us immediately at 1-800-515-2157.**

Please note that if you have opened more than one account recently, you'll receive a letter like this one for each account.

We have sent you an email containing several important agreements and disclosures because you indicated on your account application that you prefer paperless delivery for your documents. Please retain and review these documents for your records. If you have opted for Paperless Documents, you can view and/or update your paperless preference any time at www.schwab.com/sa_gopaperless.

**Once again, thank you for choosing Schwab** . We look forward to serving you and your independent investment advisor for years to come.

©2018 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.   (0118-70FV)  SGC93090-01 (03/18)

**Account Verification**

**Please review the following account information. If any information is incorrect, or if it changes in the future, please contact us right away at 1-800-515-2157.** A principal of Charles Schwab & Co., Inc. has approved your account with the following features:

## YOUR ACCOUNT PROFILE

### *Account Features and Information*

| | |
|---|---|
| Type of Account: | Schwab One |
| Registration: | Individual |
| Cash Feature: | Bank Sweep |
| Option Strategy Requested: | None |
| Option Strategy Approved: | None |
| Investment Objective: | Not Provided |
| Margin Feature: | No |
| Disclosure Delivery Method: | Email/Electronic |
| Email Address: | DSKRAUS123@AOL.COM |

### *Cash and Securities Handling Instructions*

**Cash Account**

| | |
|---|---|
| Dividend and Interest: | Hold |
| Sale Proceeds: | Hold |
| Securities: | Hold |

### *Power(s) of Attorney*

| | |
|---|---|
| Name: | FRANCIS FINANCIAL INC |
| Role: | Trading Authorization |

©2018 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.   (0118-70FV)  SGC93090-01 (03/18)

charles
SCHWAB

**Account Verification**

Account Number: ███9166

---

**More Information About Your Account**

---

**Information About the Bank Sweep and the Bank Sweep for Benefit Plans**
The Bank Sweep feature and the Bank Sweep for Benefit Plans feature sweep your uninvested cash into deposit accounts at one or more FDIC-insured banks that are affiliated with Charles Schwab & Co, Inc. ("Affiliated Banks"). Securities products and services (including unswept or intra-day cash, net credit or debit balances, and money market funds) offered by Charles Schwab & Co., Inc. (Member SIPC) are not deposits or obligations of the Affiliated Banks, are subject to investment risk including possible loss of principal, are not FDIC insured, may lose value, and are not Affiliated Bank-guaranteed. Charles Schwab & Co., Inc. and the Affiliated Banks are separate entities and are all affiliates of The Charles Schwab Corporation. Products and services offered by Charles Schwab & Co., Inc. are insured by SIPC in the event of brokerage firm insolvency. SIPC insurance does not cover losses of principal due to decline in market value.

*Schwab uses information you provide to verify your identity, as required by U.S. federal law.*

©2018 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.   (0118-70FV)   SGC93090-01 (03/18)

Rev. July 2018



| **FACTS** | **WHAT DOES THE CHARLES SCHWAB CORPORATION DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>· Social Security number and income<br>· Account balances and transaction history<br>· Investment experience and assets |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons The Charles Schwab Corporation chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does The Charles Schwab Corporation share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes—**<br>to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | NO | We don't share |
| **For our affiliates' everyday business purposes—**<br>information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes—**<br>information about your creditworthiness | YES | YES |
| **For our affiliates to market to you** | YES | YES |
| **For nonaffiliates to market to you** | NO | We don't share |

| **To limit our sharing** | Call 1-877-812-1817 within the U.S. or +1-415-667-8400 from outside the U.S.—our menu will prompt you through your choices.<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | Call 1-877-812-1817 or 1-800-435-4000 or go to www.schwab.com/privacy. |


## Who we are

| | |
|---|---|
| Who is providing this notice? | The Charles Schwab Corporation (also "Schwab") and its affiliates. See list of affiliates below. |

## What we do

| | |
|---|---|
| How does Schwab protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. To learn more about security at Schwab, please visit www.schwab.com/schwabsafe. |
| How does Schwab collect my personal information? | We collect your personal information, for example, when you<br>· open an account or give us your income information<br>· seek advice about your investments or tell us about your investment or retirement portfolio<br>· make deposits or withdrawals from your account<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>· sharing for affiliates' everyday business purposes—information about your creditworthiness<br>· affiliates from using your information to market to you<br>· sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

## Definitions

| | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>· *Our affiliates include companies with a Charles Schwab name; financial companies such as Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Futures, Inc., Charles Schwab Investment Advisory, Inc., and Charles Schwab Trust Company; and nonfinancial companies such as Schwab Performance Technologies and Schwab Compliance Technologies, Inc.* |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>· *The Charles Schwab Corporation does not share with nonaffiliates so they can market to you.* |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>· *The Charles Schwab Corporation doesn't jointly market.* |

## Other important information

**State and International Laws**

If you are a Vermont resident, we will automatically limit sharing of your information. Nevada law requires us to disclose that you may request to be placed on Schwab's internal "do not call" list at any time by calling 1-800-435-4000, and that we are providing this notice to you pursuant to state law, and that you may obtain further information by contacting the Nevada Attorney General, 555 E. Washington Ave., Suite 3900, Las Vegas, NV 89101; phone 1-702-486-3132; email BCPINFO@ag.state.nv.us.

This notice does not apply to clients of Charles Schwab Australia Pty Limited, Charles Schwab, Hong Kong, Limited, Charles Schwab Singapore Pte. Ltd. and clients who reside in the European Economic Area. Their privacy notices can be found at international.schwab.com/privacy.

To learn more about our online privacy practices (e.g., "tracking"), please go to www.schwab.com/privacy.

©2018 The Charles Schwab Corporation.  All rights reserved.   CC1719402 (0718-8GMJ)   REG60835AV-08 (07/18)



# Schwab's Business Continuity and Contingency Planning

Securities industry regulations require that brokerage firms inform their clients of their plans to address the possibility of a business disruption that potentially results from power outages, natural disasters, or other events. Charles Schwab & Co., Inc. has a comprehensive business continuity program in place, which is reviewed, updated, and tested on a regular basis. The program provides for continuation of client service within minutes in most cases.

Here are a few examples of what might occur if Schwab were to experience a business disruption of varying magnitude:

- If one of our telephone service centers became unavailable for any reason, calls would be immediately re-routed to our other service centers across the country.

- If we had a power outage in a particular region or business district, telephone and electronic communications would be immediately and seamlessly re-routed to alternate locations for the duration of the outage.

- In the event of a public health crisis that resulted in a high rate of employee absenteeism, Schwab would focus available personnel on critical business functions that directly support client needs. Additionally, we would enact our workforce continuity plan which includes social distancing and other policies to limit exposure.

- Comprehensive plans are maintained to facilitate timely restoration of account services in the unlikely event of a technology disruption. These plans are tested regularly to ensure their viability.

While no contingency plan can eliminate all risk of service interruption or temporarily impeded account access, we continually assess and update our plans to mitigate all reasonable risk.

©2018 Charles Schwab & Co., Inc. All rights reserved. Member SIPC.
CC1982378 (0818-8E97)   REG28036AV-01 (06/18)

# EXHIBIT 9

**PETITIONER COPY**

| **EA-109** | **Notice of Court Hearing** |
|---|---|

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

**JUL 29 2024**

David W. Slayton, Executive Officer/Clerk of Court
By: W. Acuna, Deputy

**(1) Elder or Dependent Adult in Need of Protection**

a. Full Name: SUSAN KRAUS

☐ Person requesting protection for the elder or dependent adult, if different *(person named in item (3) of form EA-100)*:
Full Name: _____

Lawyer for person named above *(if any for this case)*:
Name: SELF - REPRESENTED    State Bar No.: _____

Firm Name: _____

b. Address for person named above *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer, give information for the person requesting the order. If you want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*:

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City: COSTA MESA    State: CA    Zip ▓▓▓▓

Telephone: _____ Fax: _____

Email Address: _____

*Fill in court name and street address:*

Superior Court of California, County of
Los Angeles Superior Court
300 East Walnut St.
Pasadena, California 91101
Northeast District

*Court fills in case number when form is filed.*

Case Number:
**24PDR001222**

**(2) Person You Want Protection From**

Full Name: BRETT GRAHAM

*The court will complete the rest of this form.*

**(3) Notice of Hearing**

A court hearing is scheduled on the request for restraining orders against the person in (2):

*Name and address of court if different from above:*

| Hearing Date | → Date: 8|19|2024 Time: 0830AM |
|---|---|
| | Dept.: S    Room: _____ |

**To the person in (2):**

- If you attend the hearing (in person, by phone, or by videoconference) and the judge grants a restraining order against you, the order will be effective immediately, and you could be arrested if you violate the order.
- If you do not attend the hearing, the judge may still grant the restraining order that could last up to five years. After you receive a copy of the order, you could be arrested if you violate the order.

**(4) Temporary Restraining Orders** *(Any orders granted are on form EA-110, served with this notice.)*

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in form EA-100, *Request for Elder on Dependent Adult Abuse Restraining Orders*, are *(check only one box below)*:

(1) ☐ All **GRANTED** until the court hearing.

(2) ☑ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

(3) ☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

---

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2024, Mandatory Form
Welfare and Institutions Code, § 15657.03

**Notice of Court Hearing**
(Elder or Dependent Adult Abuse Prevention)

EA-109, Page 1 of 3

Case Number:

## ④ Temporary Restraining Orders (Continued)

b. Reasons for denial of some or all of those personal conduct and stay-away orders as requested in form EA-100, *Request for Elder or Dependent Adult Abuse Restraining Orders*, are:

(1) ☑ The facts as stated in form EA-100 do not sufficiently show reasonable proof of a past act or acts of abuse of the elder or dependent adult by the person in ②.

(2) ☐ Other *(specify):* ☐ As stated on Attachment 4b.

_____
_____
_____
_____
_____
_____
_____
_____
_____

## ⑤ Service of Documents by the Person in ①

At least ☑ five ☐ _____ days before the hearing, someone age 18 or older—**not you or anyone to be protected**—must personally give (serve) a court file-stamped copy of this form EA-109, *Notice of Court Hearing*, to the person in ② along with a copy of all the forms indicated below:

a. EA-100, *Request for Elder or Dependent Adult Abuse Restraining Orders* (file-stamped)

b. ☐ EA-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c. EA-120, *Response to Request for Elder or Dependent Adult Abuse Restraining Orders* (blank form)

d. EA-120-INFO, *How Can I Respond to a Request for Elder or Dependent Adult Abuse Restraining Orders?*

e. ☐ Other *(specify):* _____

Date:    JUL 2 9 2024    ▶    TIMOTHY MARTELLA
                                         *Judicial Officer*

**To the Person in ① :**

- The court cannot make the restraining orders after the court hearing unless the person in ② has been personally given (served) a copy of your request and any temporary orders. To show that the person in ② has been served, the person who served the forms must fill out a proof of service form. Form EA-200, *Proof of Personal Service*, may be used.

- For information about service, read form EA-200-INFO, *What Is "Proof of Personal Service"?*

- You may ask to reschedule the hearing if you are unable to find the person in ② and need more time to serve the documents, or for other good reasons. Read form EA-115-INFO, *How to Ask for a New Hearing Date.*

- You must attend the hearing if you want the judge to make any of the orders you requested on form EA-100, *Request for Elder or Dependent Adult Abuse Restraining Orders*. Bring any evidence or witnesses you have. For more information, read form EA-100-INFO, *Can a Restraining Order to Prevent Elder or Dependent Adult Abuse Help Me?*



Case Number: 

---

## To the Person in ② :

- If you want to respond to the request for orders in writing, file form EA-120, *Response to Request for Elder or Dependent Adult Abuse Restraining Orders*, and have someone age 18 or older—**not you or anyone to be protected**—mail it to the person in ① .

- The person who mailed the form must fill out a proof of service form. Form EA-250, *Proof of Service of Response by Mail*, may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.

- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.

- You may bring witnesses and other evidence.

- **At the hearing, the judge may make restraining orders against you that could last up to five years and may order you to sell or turn in any firearms (guns) and firearm parts that you own or possess. This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531).**

- If you are unable to attend your court hearing or need more time to prepare your case, you may ask to reschedule your court date. Read form EA-115-INFO, *How to Ask for a New Hearing Date*.



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Disability Accommodation Request* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that ~~Notice~~ *of Court Hearing* is a true and correct copy of the original on file in the court.

Clerk, Date: **JUL 2 9 2024**  Clerk, *David W. Slayton*  , Deputy  *J. LIMON*

---

**Notice of Court Hearing**
(Elder or Dependent Adult Abuse Prevention)

**EA-100** | Request for Elder or Dependent Adult Abuse Restraining Orders

Clerk stamps date here when form is filed.

FILED
Superior Court of California
County of Los Angeles

JUL 29 2024

David W. Slayton, Executive Officer/Clerk of Court

By: W. Acuna, Deputy

Read *Can a Restraining Order to Prevent Elder or Dependent Adult Abuse Help Me?* (form EA-100-INFO) before completing this form. Also fill out *Confidential CLETS Information* (form CLETS-001) with as much information as you know.

**(1)  Elder or Dependent Adult in Need of Protection**

Full Name: SUSAN  KRAUS

Gender: ☐ M  ☒ F  ☐ Nonbinary  Age: 84

**(2)  Person From Whom Protection Is Sought**

Full Name: BRETT  GRAHAM

Address *(if known)*: ▓▓▓▓▓▓

City: MIAMI          State: FL  Zip: ▓▓▓

Fill in court name and street address:

Superior Court of California, County of
Los Angeles Superior Court
300 East Walnut St.
Pasadena, California 91101
Northeast District

**(3)  Person Requesting Order**

Who is asking the court for protection? *(Check a, b, or c):*

a. ☒ The elder or dependent adult named in ①.

b. ☐ Name: _____

conservator of the ☐ person  ☐ estate  ☐ person and estate
of the person named in ①, appointed by *(name of court):* _____

Case No.: _____

c. ☐ Other *(name)* _____

*(Show this person's legal authority to make this request on an attached sheet of paper. Write "Attachment 3c—Information About Person Requesting Protective Order" for a title. You may use form MC-025, Attachment.)*

Court fills in case number when form is filed.

Case Number:
**24PDR001222**

**(4)  Contact Information**

Contact information for the person asking the court for protection

a. Your Lawyer *(if you have one for this case)*
   Name: SELF - REPRESENTED          State Bar No.: _____
   Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. The person in ① does not have to give telephone, fax, or email.)*

   Address: _____
   City: _____  State: _____  Zip: _____
   Telephone: _____  Fax: _____
   Email Address: _____

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Mandatory Form
Welfare and Institutions Code, § 15657.03;
Code of Civil Procedure, § 527.9

**Request for Elder or Dependent Adult Abuse
Restraining Orders**

EA-100, Page 1 of 9



Case Number:

## ⑤ Description of Protected Person

The person named in ① *(check a or b)*:

a. ☒ Is age 65 or older and a resident of California.

b. ☐ Is a resident of California and an adult under age 65. This person has physical or mental limitations that restrict his or her ability to carry out normal activities or to protect his or her rights. *(Briefly describe limitations on the attached sheet of paper or form MC-025. Write "Attachment 5b—Description of Protected Person" for a title.)*

## ⑥ Additional Protected Persons

a. Are you asking for protection for any other family or household members or for the conservator of the elder or dependent adult listed in ①? ☐ Yes ☐ No   *(If yes, list them):*

| Full Name | Gender | Age | Relation to person in ①? | Lives with person in ①? |
|---|---|---|---|---|
| | | | | ☐ Yes ☐ No |
| | | | | ☐ Yes ☐ No |
| | | | | ☐ Yes ☐ No |
| | | | | ☐ Yes ☐ No |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 6a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.*

b. Why do these people need protection? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 6b—Why Others Need Protection" for a title.*

## ⑦ Relationship of Parties

How does the person in ① know the person in ② ? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7—Relationship of Parties" for a title.*

MY SON

**This is not a Court Order.**

| Case Number: |
|---|
| |

**(8) Description of Abuse**

a. Abuse means either:

   (1) Physical abuse, neglect, financial abuse, abandonment, isolation, abduction, or other treatment with resulting physical harm or pain or mental suffering; or

   (2) The withholding by a caretaker of goods or services that are necessary to avoid physical harm or mental suffering.

b. Tell the court about the last time the person in ② abused the person in ①.

   (1) When did it happen? *(Provide date or estimated date):* 07/29/24

   (2) Who else was there? _____

   (3) Describe what happened below.
     ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8b(3)—Describe Abuse" for a title.*
     SEE ATTATCHED DECLARATION.
     _____
     _____
     _____

   (4) Was the abuse **solely financial abuse** unaccompanied by force, threat, harassment, intimidation, or any other form of abuse?
     ☐ Yes, only financial abuse.  ☒ No, the abuse included other forms of abuse described above.

   (5) Did the person in ② use or threaten to use a gun or any other weapon?
     ☐ Yes  ☒ No *(If yes, explain below):*
     ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8b(5)—Use of Weapons" for a title.*
     _____
     _____
     _____
     _____

   (6) Was the person in ① harmed or injured as a result of the acts of abuse described above?
     ☒ Yes  ☐ No *(If yes, explain below):*
     ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8b(6)—Harm or Injury" for a title.*
     THIS CAUSING ME EXTREME LACK OF SLEEP & WORRY. I WORRY I
     CANT PAY RENT BECAUSE OF HIM STEALING FROM ME.
     _____

   (7) Did the police come?  ☐ Yes  ☒ No
     If yes, did they give the person in ① or the person in ② an Emergency Protective Order? ☐ Yes  ☐ No
     If yes, the order protects *(check all that apply):*
     ☐ the person in ①  ☐ the person in ②  ☐ the persons in ⑥.
     *(Attach a copy of the order if you have one.)*

**This is not a Court Order.**

**Request for Elder or Dependent Adult Abuse Restraining Orders**
(Elder or Dependent Adult Abuse Prevention)

Case Number:

(8) c. Is the person in (2) a care custodian who deprived the person in (1) of (kept from the person, did not allow the person to have or receive, or did not provide the person with) goods or services that the person needed to avoid physical harm or mental suffering?  ☐ Yes ☒ No
*(If yes, describe below what the person was deprived of and how that affected the person):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Deprivation by Care Custodian" for a title.*

_____
_____
_____

d. Has the person in (2) abused the person in (1) at other times?
☒ Yes ☐ No *(If yes, describe prior incidents and provide dates below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8d—Previous Abuse" for a title.*
SEE  ATTATCHED  DECLARATION
_____
_____
_____
_____

(9) **Venue**

Why are you filing in this county? *(Check all that apply):*
a. ☐ The person in (2) lives in this county.
b. ☒ The person in (1) was abused by the person in (2) in this county.
c. ☐ Other *(specify):* _____

(10) **Other Court Cases**

a. Has the person in (1) or any of the persons named in (6) been involved in another court case with the person in (2)? ☐ No  ☒ Yes  *(If yes, specify the kind of each case and indicate where and when each was filed):*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☐ | Elder or Dependent Adult Abuse | | | |
| (2) ☐ | Civil Harassment | | | |
| (3) ☐ | Domestic Violence | | | |
| (4) ☐ | Divorce, Nullity, Legal Separation | | | |
| (5) ☐ | Paternity, Parentage, Child Custody | | | |
| (6) ☐ | Eviction | | | |
| (7) ☐ | Guardianship | | | |
| (8) ☐ | Workplace Violence | | | |
| (9) ☐ | Small Claims | | | |
| (10) ☒ | Criminal | DADE /FLORIDA | 2024 | 240607-0039377 |
| (11) ☐ | Other *(specify):* | | | |

b. Are there now any protective or restraining orders in effect relating to the person in (1) or any of the persons named in (6) and the person in (2)? ☒ No  ☐ Yes  *(If yes, attach a copy if you have one.)*

**This is not a Court Order.**

Case Number:

**Check the orders you want.** ☑

(11) ☒ **Personal Conduct Orders**

I ask the court to order the person in ② **not** to do any of the following things to the person in ① or to any person to be protected listed in ⑥:

a. ☒ Physically abuse, financially abuse, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, harass, destroy the personal property of, or disturb the peace of the person.

b. ☒ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means.

c. ☐ Other (specify):

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11c—Other Personal Conduct Orders" for a title.

_____
_____
_____

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

(12) ☒ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least **100** yards away from (check all that apply):

(1) ☒ The elder or dependent adult in ① .

(2) ☐ The persons in ⑥.

(3) ☒ The home of the elder or dependent adult.

(4) ☐ The job or workplace of the elder or dependent adult.

(5) ☐ The vehicle of the elder or dependent adult.

(6) ☐ Other (specify): _____
_____
_____

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job? ☒ Yes ☐ No (If no, explain below):

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12b—Stay-Away Orders" for a title.

_____
_____
_____
_____

**This is not a Court Order.**

**Request for Elder or Dependent Adult Abuse Restraining Orders**

Case Number:

---

**(13)** ☐ **Move-Out Order**

I ask the court to order the person in ② to move out from and not return to the residence at *(address):*

_____

The person in ① will suffer physical or emotional harm if the person in ② does not leave the residence. The person in ② is not named in the title or lease of the residence, either alone or with others beside the person in ①.

☐ I ask for this move-out order right away to last until the hearing, because:

a. The person in ② assaulted or threatened the person in ① ; and

b. The person in ① has the right to live at the above residence. *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 13b—My Right to Residence" for a title.*

_____
_____
_____

---

**(14)** ☐ **Order for Counseling or Anger Management Courses**

ⓘ This item is only available in instances of alleged physical abuse or deprivation of care, not in cases with only alleged financial abuse.

a. I request the person in item ② be ordered by the court to attend clinical counseling or anger management courses provided by a professional (a counselor, psychologist, psychiatrist, therapist, clinical social worker, or mental or behavioral health professional licensed in the State of California to provide counseling or anger management courses).

b. Explain why you are requesting an order that the person in item ② attend clinical counseling or anger management courses.

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 14b— Counseling or Anger Management" for a title.*

_____
_____
_____
_____
_____

---

**(15)** **Firearms (Guns), Firearm Parts, and Ammunition**

Does the person in ② own or possess any firearms (guns), firearm parts, or ammunition? This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531). ☐ Yes ☐ No ☒ I don't know

*Unless the abuse is only financial, if the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive firearms (guns), firearm parts, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a gun dealer, any firearms (guns) and firearm parts within their immediate possession or control.*

**This is not a Court Order.**

---



Case Number:

**(16)** ☒ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form EA-110, *Temporary Restraining Order*, for the court's signature together with this *Request*.

Has the person in ② been told that you were going to go to court to seek a TRO against them?

☐ Yes ☒ No *(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Temporary Restraining Order" for a title.*

I WAS SCARED OF HOW HE WOULD REACT.

_____

**(17)** ☐ **Request to Give Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Read form EA-200-INFO, What Is "Proof of Personal Service"?, to learn about serving legal papers. Form EA-200, Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be less than five days between service and the hearing, explain why:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 17—Request to Give Less Than Five Days' Notice" for a title.*

_____
_____
_____
_____

**(18)** ☒ **Debts Caused by Financial Abuse**

*You can ask the judge to decide at the hearing that certain debts or bills you have were caused by the person in ②'s financial abuse. This may help you defend against the debt if you are sued in another case.*

a.   If you want the judge to make this special finding, list the debts or bills you have that were caused by the person in ②'s financial abuse.

☐ *Check here if you want to list additional debts or bills that were caused by financial abuse. You can attach form MC-025 and write "Attachment 18a—Additional Debts" for a title.*

| | Money Owed To | For | Amount |
|---|---|---|---|
| (1) | SUSAN KRAUS | STOLEN MONEY | $ 8.4 MILLION |
| (2) | | | $ |
| (3) | | | $ |

b.   Describe what the person in ② did to cause the debts and bills that you listed above. Provide as much detail as you can about the person in ②'s financial abuse.

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 18b—How Debt Was Incurred" for a title.*

STOLE THIS MONEY FROM MY BANK ACCOUNT & TRANSFERRED IT
TO HIS BANK ACCOUNT.
_____
_____

**This is not a Court Order.**

Case Number:

---

**(19)** ☒ **Lawyer's Fees and Costs**

I ask the court to order payment of my   ☒ lawyer's fees   ☒ court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 19—Lawyer's Fees and Costs" for a title.*

**(20)** ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a.  ☐  That the person in ①  be given the sole possession, care, and control of the animals listed below, which they own, possess, lease, keep, or hold, or which reside in their household.
*(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

I request sole possession of the animals because *(specify good cause for granting order)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 20a—Possession of Animals" for a title.*

_____

_____

b.  ☐  That the person in ②  must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**(21)** **No Fee to Serve Orders** *If you want the sheriff or marshal to serve (notify) the person in ②  about the orders for free, ask the court clerk what you need to do.*

**This is not a Court Order.**



Case Number:

**(22)** ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 22—Additional Orders Requested" for a title.*

_____   _____
_____
_____
_____
_____
_____
_____
_____
_____

**(23)** Number of pages attached to this form, if any: 2

Date: _____

_____          ▶ _____
*Lawyer's name (if any)*                         *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 07/29/24

SUSAN KRAUS                          ▶ *Susan Kraus*
*Type or print your name*                   *Signature of person making this request*

**This is not a Court Order.**

**Request for Elder or Dependent Adult Abuse Restraining Orders**
*(Elder or Dependent Adult Abuse Prevention)*

MC-031

| PLAINTIFF/PETITIONER: SUSAN KRAUS | CASE NUMBER: |
| DEFENDANT/RESPONDENT: BRETT GRAHAM | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

My son showed up at my building today unannounced, Luckily, I was with my daughter an hour away. My son has been calling me and asking for access to my accounts. I have said no. My son stole 8.45 million dollars from accounts in the past 4 years and I only found out when he didn't pay my rent for 2 months. My daughter was called by the building and she had everything frozen so he could not steal anything else. He has refused to give the money back or provide me with any statements. He has never said that he is sorry. He has left me with nothing and is trying to get access to my IRA account worth $89,000. I believe that he

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 07/29/24

SUSAN KRAUS
_____
(TYPE OR PRINT NAME)

Susan Kraus
_____
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☒ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

MC-025

SHORT TITLE: KRAUS V. GRAHAM

CASE NUMBER:

ATTACHMENT (Number): 8 3b
*(This Attachment may be used with any Judicial Council form.)*

is dangerous and he scares me. I am
not sure what he is capable of.
He has always been very tough on
me and has spoken to me in a very
Negative way. I am scared and don't
want to see him or talk to him ever
again.
   We had to change my cell
Number because Brett was calling
me and upsetting me. He wanted
me to give him access to my accounts.
I didn't want to talk to him
anymore. He stole all my money
and only wants to take
whatever is left.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 2 of 2
*(Add pages as required)*