# EXHIBIT B

# CHASE
## Personal Signature Card

**ACCOUNT TITLE**
SUSAN KRAUS

**ACCOUNT NUMBER** ▮▮▮▮9317
**TAX RESPONSIBLE ID #** ▮▮▮▮3788
**ACCOUNT TYPE** Chase Private Client Checking
**DATE OPENED** 09/26/2011
**ISSUED BY** JPMorgan Chase Bank, N.A ( 802 )
Madison Ave and 79th St
458
KEVIN HEREDIA
(212) 288-0659
04/08/2024

**PERSONAL ADDRESS**
SAN MARINO, CA 91108-1247
United States/US Territories

**TYPE OF OWNERSHIP**  Individual

| | TAXPAYER ID# | DATE OF BIRTH | PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE | SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1* | 3788 * | 940 | Passport w/Photo | 3503 | USA | 11/16/2018 | 11/15/2028 | Chase or Bank Issued Credit/ | XXXXXXXXXXXX8122 | Chase | | 04/30/2029 |
| 2) | | | | | | | | | | | | |
| 3) | | | | | | | | | | | | |
| 4) | | | | | | | | | | | | |
| 5) | | | | | | | | | | | | |
| 6) | | | | | | | | | | | | |
| 7) | | | | | | | | | | | | |
| 8) | | | | | | | | | | | | |

**CUSTOMER(S) TO BE ADDED LATER**

**ACKNOWLEDGEMENT** - By signing this Signature Card, I am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement which includes all provisions that apply to this deposit account and/or the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation. Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION** - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. If the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return, cross out Item 2 above. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| Name | Date | **Telephone Number | Signature |
|---|---|---|---|
| 1*) SUSAN KRAUS | 4/8/2024 | **(626) 665-7739  **(646) 771-5528 | Susan Kraus |
| 2) | | | |

* Tax Responsibility Indicator

Page 1 of 4

PSC3 08/20



# CHASE 

## Personal Signature Card

**ACCOUNT TITLE**
SUSAN KRAUS

**ACCOUNT NUMBER** ████9317
**TAX RESPONSIBLE ID #** ████3788
**ACCOUNT TYPE** Chase Private Client Checking

**DATE OPENED** 09/26/2011

**PERSONAL ADDRESS**

**ISSUED BY** JPMorgan Chase Bank, N.A ( 802 )
Madison Ave and 79th St
458

**TYPE OF OWNERSHIP** Individual

(212) 288-0659
04/08/2024

**Disclaimer**

I, __DAVID KRAUS__, no longer desire to be an owner on __9317__
       (Print Name)                                                                                (Account Number)

Further, I fully understand that in signing this instrument, I disclaim any and all control and interest in the described account as of the date shown below.

__DECEASED 12/07/2017__    __04/08/2024__
(Signature)                           (Date)

Witnessed By (Employee of the Bank):

__[signature]__    __PCB__    __04/08/2024__
(Signature)            (Title)        (Date)

State of _____
County of _____

BEFORE ME, a Notary Public, in and for said County and State, personally appeared the above named _____
who acknowledged that, he/she did sign the foregoing instrument and that the same is his/her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at _____, _____, this _____ day of _____, _____.

_____
(Notary Public)





Rev 1/05



# CHASE

## Personal Signature Card

**ACCOUNT TITLE**
SUSAN KRAUS

**ACCOUNT NUMBER** ▮▮▮▮9317
**TAX RESPONSIBLE ID #** ▮▮▮▮8788
**ACCOUNT TYPE** Chase Private Client Checking
**DATE OPENED** 09/26/2011
**ISSUED BY** JPMorgan Chase Bank, N.A ( 802 )
Madison Ave and 79th St
458
(212) 288-0659
04/08/2024

**PERSONAL ADDRESS**

**TYPE OF OWNERSHIP**   Individual

**Disclaimer**
I, _SCOTT L GOSSWEEN_ (Print Name), no longer desire to be an owner on _▮▮▮▮9317_ (Account Number).
Further, I fully understand that in signing this instrument, I disclaim any and all control and interest in the described account as of the date shown below.

_NOT PRESENT_ (Signature)     _04/28/2024_ (Date)

Witnessed By (Employee of the Bank):
_[signature]_ (Signature)   _PCB_ (Title)   _04/28/2024_ (Date)

State of _____
County of _____

BEFORE ME, a Notary Public, in and for said County and State, personally appeared the above named _____ who acknowledged that, he/she did sign the foregoing instrument and that the same is his/her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at _____, this _____ day of _____.

_____ (Notary Public)

Page 3 of 4

Rev 1/05



Rev 1/05

# CHASE

## Personal Signature Card

**ACCOUNT TITLE**
SUSAN KRAUS

**ACCOUNT NUMBER** ▮317

**TAX RESPONSIBLE ID #** ▮788

**ACCOUNT TYPE** Chase Private Client Checking

**DATE OPENED** 09/26/2011

**ISSUED BY** JPMorgan Chase Bank, N.A ( 802 )
Madison Ave and 79th St
458

(212) 288-0659
04/08/2024

**PERSONAL ADDRESS**

**TYPE OF OWNERSHIP**   Individual

**Disclaimer**

I, __BRETT THOMAS COHMAN__, no longer desire to be an owner on _____▮▮▮1317_____
    (Print Name)                                                                    (Account Number)
Further, I fully understand that in signing this instrument, I disclaim any and all control and interest in the described account as of the date shown below.

__Not Present__                              __04/08/2024__
(Signature)                                      (Date)

Witnessed By (Employee of the Bank): _____     __PCB__     __04/08/2024__
                                                                               (Title)              (Date)
(Signature)

State of _____

County of _____

BEFORE ME, a Notary Public, in and for said County and State, personally appeared the above named _____ who acknowledged that, he/she did sign the foregoing instrument and that the same is his/her free act and deed. IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at _____, this _____ day of _____.

_____
(Notary Public)



Page 4 of 4