# EXHIBIT G



# CHASE
## Personal Signature Card




**ACCOUNT TITLE**
SUSAN KRAUS

| | |
|---|---|
| **ACCOUNT NUMBER** | ▮▮5012 |
| **TAX RESPONSIBLE ID #** | ▮▮3788 |
| **ACCOUNT TYPE** | Chase Private Client Checking |

**DATE OPENED**   08/25/1982

**ISSUED BY**   JPMorgan Chase Bank, N.A ( 802 )
Madison Ave and 79th St
458
KEVIN HEREDIA
(212) 288-0659
04/08/2024

**PERSONAL ADDRESS**   ▮▮▮
SAN MARINO, CA ▮▮▮
United States/US Territories

**TYPE OF OWNERSHIP**   Individual

| | TAXPAYER ID# | DATE OF BIRTH | PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE | SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1* | ▮▮3788 * | ▮▮1940 | Passport w/Photo | ▮▮8503 | USA | 11/16/2018 | 11/15/2028 | Chase or Bank Issued Credit/ | XXXXXXXXXXX8122 | Chase | | 04/30/2029 |
| 2) | | | | | | | | | | | | |
| 3) | | | | | | | | | | | | |
| 4) | | | | | | | | | | | | |
| 5) | | | | | | | | | | | | |
| 6) | | | | | | | | | | | | |
| 7) | | | | | | | | | | | | |
| 8) | | | | | | | | | | | | |

**CUSTOMER(S) TO BE ADDED LATER**

**ACKNOWLEDGEMENT** - By signing this Signature Card, I am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement which includes all provisions that apply to this deposit account and/or the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation. Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION** - *I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. If the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return, cross out item 2 above. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

** When you give us your mobile phone number, we have your permission to contact us at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.



| | Name | Date | **Telephone Number | Signature |
|---|---|---|---|---|
| 1*) | SUSAN KRAUS | 4/8/2024 | **(626) 665-7739<br>**(646) 771-5528 | *Susan Kraus* |
| 2) | | | | |

* Tax Responsibility Indicator

PSC3 08/20

