```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                          :
  JPMORGAN CHASE BANK, N.A. et al.,                       :
                                                          :
                                    Plaintiffs,           :       25-CV-745 (JMF)
                                                          :
                     -v-                                  :       ORDER
                                                          :
  SUSAN KRAUS et al.,                                     :
                                                          :
                                    Defendants.           :
------------------------------------------------------------------------ X
```

JESSE M. FURMAN, United States District Judge:

On April 10, 2025, Defendant Susan Kraus filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that, notwithstanding the briefing schedule adopted on February 28, 2025, ECF No. 18, Plaintiffs shall file any amended complaint by **May 1, 2025**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that she relies on the previously filed motion to dismiss. If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss or indicates that she relies on her previously filed motion to dismiss, any opposition shall be filed within **three weeks**, and any reply shall be filed within **two weeks** of any opposition.

If no amended complaint is filed, the existing briefing schedule shall remain in effect, pursuant to which Plaintiff shall file any opposition to the motion to dismiss by **May 1, 2025**, and Defendant shall file any reply by **May 12, 2025**. *See* ECF No. 18.

The Clerk of Court is directed to terminate ECF Nos. 21-23.

SO ORDERED.

Dated: April 11, 2025   _____
       New York, New York                JESSE M. FURMAN
                                         United States District Judge