UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JPMORGAN CHASE BANK, N.A. et al.,                              :
:
                          Plaintiffs,   :       25-CV-745 (JMF)
:
         -v-                                                        :       ORDER
:
SUSAN KRAUS et al.,                                                  :
:
                         Defendants.  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant Kraus's new motion to dismiss, *see* Docket No. 26, Defendant's earlier motion to dismiss filed at Docket No. 20 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **June 12, 2025**. Defendant's reply, if any, is due by **June 26, 2025**.

      The Clerk of Court is directed to terminate Docket No. 20.

      SO ORDERED.

Dated: May 23, 2025  
       New York, New York                                      _____  
                                                                 JESSE M. FURMAN  
                                                        United States District Judge