UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JPMORGAN CHASE BANK, N.A. et al.,                :
:
                 Plaintiffs,      :
:    25-CV-745 (JMF)
      -v-                                          :
:    <u>ORDER</u>
SUSAN KRAUS, et al.,                             :
:
                 Defendants.      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties are hereby ORDERED to file a joint letter no later than **July 30, 2025**, addressing whether or to what extent there is a date by which the Court should aim to rule on Plaintiffs' motion for a preliminary injunction, ECF No. 29.  In particular, the letter should address the status of and any impending deadlines in the related FINRA arbitration and should provide further information regarding any requests for discovery and any pending or anticipated motions in the FINRA proceedings.  *See* ECF No. 31, at 17.

       SO ORDERED.

Dated: July 28, 2025
       New York, New York
                                               JESSE M. FURMAN
                                       United States District Judge