**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JPMORGAN CHASE BANK, N.A. and J.P.
MORGAN SECURITIES,

                Plaintiffs,

    -against-                                    25 **CIVIL** 745 (JMF)

## JUDGMENT

SUSAN KRAUS,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 18, 2025, Plaintiffs' motion for a preliminary injunction is DENIED, Kraus's motion to dismiss is GRANTED, and the case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York

      August 18, 2025

                                                      **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                            **BY:**          *K. Mango*

                                                         **Deputy Clerk**